# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:18-cv-439 |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| HUAWEI DEVICE USA, INC., HUAWEI ) | |
| DEVICE CO., LTD., HUAWEI ) | |
| TECHNOLOGIES USA INC., HUAWEI ) | |
| TECHNOLOGIES CO. LTD., HUAWEI ) | |
| ENTERPRISE USA INC., HUAWEI ) | |
| TECHNOLOGIES COOPERATIF U.A., ) | |
| AND HUAWEI DEVICE (HONG ) | |
| KONG) CO., LTD. ) | |
| ) | |
| ) | |
| Defendants. ) | |

## HARRIS CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Harris Corporation hereby states that it has no parent corporation, and that no publicly held company owns 10% or more of Harris' stock.

Dated:  October 24, 2018						Respectfully Submitted,


							By:  /s/ *Henry Bunsow*

								Henry C. Bunsow
								Denise De Mory
								**BUNSOW DE MORY LLP**
								701 El Camino Real
								Redwood City, CA 94063
								Telephone: (650) 351-7248
								Facsimile: (415) 426-4744
								hbunsow@bdiplaw.com
								ddemory@bdiplaw.com

								**ATTORNEYS FOR PLAINTIFF
								HARRIS CORPORATION**