# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **HARRIS CORPORATION,** | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 2:18-cv-439 |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| **HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI TECHNOLOGIES CO. LTD., HUAWEI ENTERPRISE USA INC., HUAWEI TECHNOLOGIES COOPERATIF U.A., AND HUAWEI DEVICE (HONG KONG) CO., LTD.** | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## HARRIS CORPORATION'S NOTICE OF DESIGNATION OF LEAD ATTORNEY

COMES NOW, Plaintiff, Harris Corporation ("Harris"), and hereby notifies the Court and all parties of record that Henry C. Bunsow, Bunsow De Mory LLP, 701 El Camino Real, Redwood City, CA 94063, is designated as lead counsel for Plaintiff in the above-captioned case.

Dated:  October 24, 2018                         Respectfully Submitted,

By: /s/ *Henry C. Bunsow*

Henry C. Bunsow
Denise De Mory
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com

**ATTORNEYS FOR PLAINTIFF
HARRIS CORPORATION**