**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **HARRIS CORPORATION,** | ) |
| Plaintiff, | ) CIVIL ACTION NO. 2:18-cv-439 |
| v. | ) JURY TRIAL DEMANDED |
| **HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI TECHNOLOGIES CO. LTD., HUAWEI ENTERPRISE USA INC., HUAWEI TECHNOLOGIES COOPERATIF U.A., AND HUAWEI DEVICE (HONG KONG) CO., LTD.** | ) |
| Defendants. | ) |

## HARRIS CORPORATION'S JURY DEMAND

Plaintiff, Harris Corporation ("Harris"), demands trial by jury on all claims and issues so triable.

Dated:  October 24, 2018            Respectfully Submitted,

By: /s/ *Henry C. Bunsow*

Henry C. Bunsow
Denise De Mory
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com

**ATTORNEYS FOR PLAINTIFF**
**HARRIS CORPORATION**