IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:18-cv-00439-JRG |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| HUAWEI DEVICE USA, INC., HUAWEI ) | |
| DEVICE CO., LTD., HUAWEI ) | |
| TECHNOLOGIES USA INC., HUAWEI ) | |
| TECHNOLOGIES CO. LTD., HUAWEI ) | |
| ENTERPRISE USA INC., HUAWEI ) | |
| TECHNOLOGIES COOPERATIF U.A., ) | |
| AND HUAWEI DEVICE (HONG ) | |
| KONG) CO., LTD. ) | |
| ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE OF DENISE DE MORY

COMES NOW Plaintiff, Harris Corporation, and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Denise De Mory, California State Bar Number 168076, of Bunsow De Mory LLP, 701 El Camino Real, California, 94063, (650) 351-7248, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Dated: October 25, 2018   Respectfully Submitted,


By: /s/ *Denise De Mory*

Henry C. Bunsow
Denise De Mory
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com

**ATTORNEYS FOR PLAINTIFF
HARRIS CORPORATION**

2

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email and/or U.S. First Class Mail.

Dated:  October 25, 2018

                                                */s/ Denise De Mory*
                                                Denise De Mory