| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>HENRY CHARLES BUNSOW SBN 060707<br>Bunsow De Mory LLP<br>701 El Camino Real<br>Redwood City, CA 94063<br>ATTORNEY FOR Plaintiff | TELEPHONE NUMBER<br>(650) 351-7254 | FOR COURT USE ONLY |
|---|---|---|
| NORTHERN DISTICT, DALLAS<br>1100 Commerce Street Room 1452<br>Dallas, TX 75242 | | |
| SHORT TITLE OF CASE:<br>HARRIS CORPORATION v. HUAWEI DEVICE USA, INC., et al. | | |
| DATE:   TIME:   DEP./DIV. | | CASE NUMBER:<br>2:18-CV-439 |
| Declaration of Service | | Ref. No. or File No:<br>HARRIS CORPORATION |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; HARRIS CORPORATION'S COMPLAINT FOR PATENT INFRINGEMENT; HARRIS CORPORATION'S CORPORATE DISCLOSURE STATEMENT; HARRIS CORPORATION'S NOTICE OF DESIGNATION OF LEAD ATTORNEY;**

On: **HUAWEI TECHNOLOGIES USA INC.**

I served the summons at:

**1999 Bryan St 900  Dallas, TX 75201**

On: **1/23/2019**    Date: **02:50 PM**

In the above mentioned action by personally serving to and leaving with
**Antoinette Williams - Authorized to Accept**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Stephen C. Buskirk**
  b. Address: **500 Allerton Street Suite 105, Redwood City, CA 94063**
  c. Telephone number: **(650) 364-9612**
  d. **The fee** for this service was:
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

PSC 1487
EXP. 4-30-2020

_____
Stephen C. Buskirk           Date: 01/24/2019

Declaration of Service                                        Invoice #: 2405850-02