# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:18-cv-439 |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| HUAWEI DEVICE USA, INC., HUAWEI ) | |
| DEVICE CO., LTD., HUAWEI ) | |
| TECHNOLOGIES USA INC., HUAWEI ) | |
| TECHNOLOGIES CO. LTD., HUAWEI ) | |
| ENTERPRISE USA INC., HUAWEI ) | |
| TECHNOLOGIES COOPERATIF U.A., ) | |
| AND HUAWEI DEVICE (HONG KONG) ) | |
| CO., LTD. ) | |
| ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS HUAWEI ENTERPRISE USA INC., HUAWEI TECHNOLOGIES COOPERATIF U.A., AND HUAWEI DEVICE (HONG KONG) CO., LTD.**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Harris Corporation voluntarily dismisses, without prejudice, Defendants Huawei Enterprise USA Inc., Huawei Technologies Cooperatif U.A., and Huawei Device (Hong Kong) Co., Ltd. from this action. Defendants have not filed or served an answer or a motion for summary judgment.

Dated:  February 15, 2019				Respectfully Submitted,


						By:  /s/ *Denise De Mory*

						Henry C. Bunsow
						Denise De Mory
						**BUNSOW DE MORY LLP**
						701 El Camino Real
						Redwood City, CA 94063
						Telephone: (650) 351-7248
						Facsimile: (415) 426-4744
						hbunsow@bdiplaw.com
						ddemory@bdiplaw.com

						ATTORNEYS FOR PLAINTIFF
						HARRIS CORPORATION

2