# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:18-cv-439 |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| HUAWEI DEVICE USA, INC., HUAWEI ) | |
| DEVICE CO., LTD., HUAWEI ) | |
| TECHNOLOGIES USA INC., HUAWEI ) | |
| TECHNOLOGIES CO. LTD., HUAWEI ) | |
| ENTERPRISE USA INC., HUAWEI ) | |
| TECHNOLOGIES COOPERATIF U.A., ) | |
| AND HUAWEI DEVICE (HONG KONG) ) | |
| CO., LTD. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS HUAWEI ENTERPRISE USA INC., HUAWEI TECHNOLOGIES COOPERATIF U.A., AND HUAWEI DEVICE (HONG KONG) CO., LTD.**

Before the Court is Plaintiff Harris Corporation's Notice of Voluntary Dismissal Without Prejudice. After consideration, the Court orders that Defendants Huawei Enterprise USA Inc., Huawei Technologies Cooperatif U.A., and Huawei Device (Hong Kong) Co., Ltd. are hereby dismissed without prejudice from this action.

SO ORDERED