# EXHIBIT 7

US007440572B2

## (12) United States Patent
### Dellmo et al.

(10) Patent No.: **US 7,440,572 B2**
(45) Date of Patent: *Oct. 21, 2008

(54) **SECURE WIRELESS LAN DEVICE AND ASSOCIATED METHODS**

(75) Inventors: **Russell Dellmo**, Palm Bay, FL (US); **James Bergman**, Melbourne, FL (US); **David W. Hall**, Satellite Beach, FL (US)

(73) Assignee: **Harris Corportation**, Melbourne, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1705 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/760,619**

(22) Filed: **Jan. 16, 2001**

(65) **Prior Publication Data**

US 2002/0094087 A1   Jul. 18, 2002

(51) Int. Cl.
*H04L 9/00* (2006.01)
*H04L 9/10* (2006.01)

(52) U.S. Cl. .......... **380/270**; 380/247; 380/277; 455/39; 455/426.2; 713/150; 713/168; 713/171; 726/2; 726/3

(58) Field of Classification Search ............... 380/270
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,259,933 B1 * | 7/2001 | Bambridge et al. | 455/557 |
| 6,453,159 B1 * | 9/2002 | Lewis | 455/411 |
| 6,480,477 B1 * | 11/2002 | Treadaway et al. | 370/314 |
| 6,560,448 B1 * | 5/2003 | Baldwin et al. | 455/234.1 |
| 6,691,227 B1 * | 2/2004 | Neves et al. | 713/162 |
| 6,813,496 B2 * | 11/2004 | Numminen et al. | 455/445 |
| 6,990,587 B2 * | 1/2006 | Willins et al. | 713/182 |
| 7,142,557 B2 * | 11/2006 | Dhir et al. | 370/463 |
| 7,174,564 B1 * | 2/2007 | Weatherspoon et al. | 726/2 |
| 2001/0021926 A1 * | 9/2001 | Schneck et al. | 705/54 |
| 2002/0114288 A1 * | 8/2002 | Soliman | 370/310 |

(Continued)

OTHER PUBLICATIONS

Harris Product Sheet, "Sierra Cryptographic Module" Feb. 2000.

(Continued)

*Primary Examiner*—Syed A. Zia
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist

(57) **ABSTRACT**

A secure wireless LAN device includes a housing, a wireless transceiver carried by the housing, a medium access controller (MAC) carried by the housing, and a cryptography circuit carried by the housing and connected to the MAC and the wireless transceiver. The cryptography circuit may encrypt both address and data information for transmission, and decrypt both address and data information upon reception. Accordingly, a higher level of security may be provided. The cryptography circuit may implement an algorithm and use a key to provide a predetermined security level, such as up to Type 1 security, although lower levels may also be implemented. Of course, the secure wireless LAN device may be used with other LAN devices, such as user stations and/or access points, in any of a number of different LAN configurations. The MAC may implement a predetermined wireless LAN MAC protocol. For example, the LAN MAC protocol may be based upon the IEEE 802.11 standard. The device may also include at least one connector carried by the housing for connecting the MAC to at least one of a LAN station and a LAN access point. This connector may be a PCMCIA connector, for example.

**59 Claims, 10 Drawing Sheets**



#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2004/0230536 A1* | 11/2004 | Fung et al. | 705/64 |
| 2005/0235149 A1* | 10/2005 | Beckmann et al. | 713/168 |
| 2006/0002319 A1* | 1/2006 | Lee et al. | 370/310.1 |
| 2006/0191996 A1* | 8/2006 | Drummond et al. | 235/379 |
| 2007/0109994 A1* | 5/2007 | Beach | 370/328 |
| 2007/0171883 A1* | 7/2007 | Beach | 370/338 |
| 2007/0286416 A1* | 12/2007 | Bertoni et al. | 380/37 |

#### OTHER PUBLICATIONS

Website http://grouper.iee.org/groups/802/11/main.html, Document: IEEE P802.11-96/49C (Mar. 1996) pp. 1-4 and 1-22.

Website http://www.gd-cs.com/products/taclane.html Product: TACLANE Encryptor (KG-175), pp. 1-4.

Website: http://www.symbol.com/products/wireless/wireless_sp24_2mb_broch.html "Symbol'Spectrum24® 2 Mbps Wireless LAN: Enabling Mobile Voice and Data Communications in Demanding Enterprise Environments", Apr. 2000.

Data Sheet, "3Com® AirConnect® 11 Mbps Wireless LAN Solution" May 2000, pp. 1-6.

Intersil Data Sheet, HFA3983, File No. 4634.6 "2.4GHz Power Amplifier and Detector", pp. 4/1-4/7 Mar. 2000.

Intersil Data Sheet, HFA3683A, File No. 4634.6 "2.4GHz RF/IF Converter and Synthesizer", pp. 2/1-2/23 Sep. 2000.

Intersil Data Sheet, HFA3783, File No. 4633.3 "I/Q Modulator/Demodulator and Synthesizer", pp. 7-36 Nov. 2000.

Intersil Data Sheet, HFA3841, File No. 4661.2 "Wireless LAN Medium Access Controller", pp. 1-27 Jan. 2000.

Intersil Data Sheet, HFA3861B, File No. 4816 "Direct Sequence Spread Spectrum Baseband Processor", pp. 1-37 Jan. 2000.

* cited by examiner

FIG. 1

FIG. 2

FIG. 3

U.S. Patent    Oct. 21, 2008    Sheet 2 of 10    US 7,440,572 B2



FIG. 4

FIG. 5





FIG. 6



*FIG. 7*

20
22
56
55
50
70
EXTERNAL MEMORY
61
71
KEY FILL
27
CPLD (serial/ parallel converter)
DATA
RADIO CONTROL
51
52
53
PCMCIA CONNECTOR
MAC
60
CRYPTO PROC.
72
DATA
TX
RX
BASEBAND PROCESSOR
MODEM
RF/IF CONVERTER
PA
54
CONTROL
CONTROL
75
FIFO
FPGA
SERIAL CONTROL
CONTROL/GATEWAY
SERIAL CONTROL
74
73
81
82
83
80
MAC GENERATED HEADER
DATA
MAC GENERATED CRC
ENCRYPTED
CRYPTO GENERATED
BBP GENERATED
84
85
80
CONTAINS ALL NETWORK ADDRESSING INFORMATION
SYNC PREAMBLE (128 BITS)
START FRAME DELIMITER (16 BITS) (link frame sync)
SIGNAL FIELD (8 BITS) (data rate identifier)
SERVICE FIELD (8 BITS) (misc.)
LENGTH FIELD (16 BITS) (time to transmit)
CRC (16 BITS)
IV (80 BITS)
PAYLOAD

U.S. Patent   Oct. 21, 2008   Sheet 6 of 10   US 7,440,572 B2

*FIG. 8*

MPDU (MAC PROTOCOL DATA UNIT) − (2346 + 6) BYTES MAX   MAC OUTPUT (802.11 + pad)

90 →

only present in certain frame types

pad added by crypto to complete final block (1 block = 16 bytes)

| BYTES: | 2 | 2 | 6 (91) | 6 (92) | 6 (93) | 2 | 6 (94) | 0-2312 | 4 + Latency * | 0-14 |
|---|---|---|---|---|---|---|---|---|---|---|
| | FRAME CONTROL | DURATION/ ID | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | SEQUENCE CONTROL | ADDRESS 4 | FRAME BODY | FCS (Frame Check Sequence) | CRYPTO PAD |

← MAC HEADER →

BIT ORDER MSb-LSb (left-right)

← BIT ORDER LSb-MSb (left-right) →

* MAC firmware latency causes extra non-valid TX data bits to be clocked out before TX mode can be shut down

PLCP FRAME FORMAT (PHYSICAL LAYER CONVERGENCE PROTOCOL)

← ENCRYPTED →

| BYTES: | 16 | 2 | 1 | 1 | 2 | 2 | 85 \ 10 | |
|---|---|---|---|---|---|---|---|---|
| BBP OUTPUT | SYNC 128 bits | SFD (Start Frame Delimiter) 16 bits | SIGNAL FIELD 8 bits | SERVICE FIELD 8 bits | LENGTH FIELD 16 bits | CRC (on PLCP header only) 16 bits | CRYPTO IV 80 bits | MPDU |

100

← PREAMBLE → ← PLCP HEADER →

BIT ORDER LSb-MSb (left-right)   MSb-LSb

↑ ADDED BY SWLAN CRYPTO

← PPDU (PLCP PROTOCOL DATA UNIT) →

SFD = 0xF3A0h    1 Mbps    Signal Field = 100 Kbps increments    11, 5.5, 2, 1 Mbps

→ 90



*FIG. 9*

70
20
MAC
60
TXD
RXD
TX_PE
TXC
TXREADY
Radio Controls
RXC
MDREADY
RX_PE
CCA
RESET_BB_N
XTALI
44 MHZ
CPLD
71
TXD
RXD
TX_PE
RX_PE
CPLD_CLK
CP_D(15:0)
CP_A(7)
CP_TX_PE
CPINT0
CPWE
CPGPCS1
CPOE
72
PALISADES ASIC
CPINT1
CPINT0
SYSCLK
CP_D(15:0)
CP_A(5:2)
CP_A(7)
CPOE
CPGPCS1
CPGPCS0
CPWE
FLASH & BATTERY BACKED RAM
105
75
FIFO 4K X 9
FPGA
FIFO CONTROL
BUFFER
REG.
74
CTRL
(TURN ON TXR)
(TURN OFF TXR)
÷2
CPWE
CP_A(7)
CTRL
FIFO EMPTY
FIFO FULL
FIFO COUNT
SUMMARY_ALARM
PULSE DETECT
CTRL
Radio Controls
BASEBAND PROCESSOR
51
RXCLK
RXD
MD_RDY
TXCLK
TX_RDY
TXD
TX_PE
RX_PE
CCA
RESET
MCLK



FIG. 10

60
MAC
105
106
UV DETECT
OV DETECT
BATTERY BACKUP
TAMPER
PANIC ZEROIZE
DATA
RAM
107
70
72
PALISADES ASIC
UV/OV_DET
BRVDD
TAMPIN
RED_LED
FREF/DOUT
FREQ/CTS/KVL_ATT
FDATA/DIN
KF/FCLK/HPDIN
ZEROIZE
RTA(3:0)
FSNS_RTS
PORST
TX_INH
74
FPGA
KEY_ADDR(3:0)
ZEROIZE
FAULT
DETECT
WDT_ENABLE
PALISADES_PORST_N
RST_N
PALISADES_RESET
SERIAL
CONTROL
INTERFACE
DEVICE_SENSE
NEED_FILL
SUMMARY_ALARM
CLEAR_TO_FILL
15-PIN
I/O CONNECTOR
20
TERMINAL_SENSE
DATA_OUT
CLEAR_TO_SEND
DATA_IN
FILL_CLOCK
FSNS_RTS
FILL_SENSE
3.3V
1
2
3
4
5
6
7
8
14
15
110
DOWNLOAD TERMINAL
INTERFACE CIRCUITRY
9-PIN 'D'
111a
2
RXD
8
CTS
3
TXD
5
GND
7
RTS
111
EXTERNAL
CIRCUITRY
WATCHDOG ENABLE
FILL DEVICE
INTERFACE CIRCUITRY
111b
A
REFERENCE
B
SENSE
C
CTS
D
DATA
E
CLOCK
6-PIN
AUDIO



FIG. 11

*FIG. 12*



*FIG. 13*



US 7,440,572 B2

1

# SECURE WIRELESS LAN DEVICE AND ASSOCIATED METHODS

## FIELD OF THE INVENTION

The present invention relates to the field of communications and computers, and, more particularly, to a secure wireless local area network (LAN) and associated methods.

## BACKGROUND OF THE INVENTION

Computers are often connected together as part of a Local Area Network (LAN). The LAN permits computers to share data and programs with one another. Many typical LANs are based upon physical connections between individual computers and a server, for example. The connections may be twisted pair conductors, coaxial cables, or optical fibers, for example.

There is also another class of LAN based upon wireless communication to the individual computers. A wireless LAN is not restricted to having physical connections to the individual computers. Accordingly, original installation may be simplified. Additionally, one or more of the computers may be used in a mobile fashion. In other words, the user may use a laptop computer and move from place to place while still being connected via the wireless LAN.

In particular, the IEEE standard 802.11 is directed to a wireless LAN. The IEEE 802.11 standard defines the protocol for several types of networks including ad-hoc and client/server networks. An ad-hoc network is a simple network where communications are established between multiple stations in a given coverage area without the use of an access point or server. The standard provides methods for arbitrating requests to use the medium to ensure that throughput is maximized for all of the users in the base service set.

The client/server network uses an access point that controls the allocation of transmit time for all stations and allows mobile stations to roam from one access point to another. The access point is used to handle traffic from the mobile radio to the wired or wireless backbone of the client/server network. This arrangement allows for point coordination of all of the stations in the basic service area and ensures proper handling of the data traffic. The access point routes data between the stations and other wired/wireless stations or to and from the network server.

Of course, two or more LANs may be interconnected using wireless LAN devices at respective access points. This may be considered a network bridge application.

Security is addressed in the 802.11 standard as an option and may be accomplished by an encryption technique known as the Wired Equivalent Privacy (WEP) algorithm. This algorithm is based on protecting the transmitted data over the radio transmission using a 64-bit seed key and the RC4 encryption algorithm. WEP, however, only protects the data packet information and does not protect the physical layer header. This is so that other stations on the network can listen to the control data needed to manage the network. Unfortunately, this may provide a reduced level of security.

To provide higher levels of security, more powerful cryptographic equipment is available, such as a TACLANE KG-175. This equipment provides confidentiality and end-to-end authentication to protect sensitive information. Unfortunately, for a wireless LAN, such a device is relatively bulky and expensive.

## SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the invention to provide a secure wireless LAN device that provides greater security, and yet without a significant increase in cost and/or complexity.

2

This and other objects, features and advantages in accordance with the present invention are provided by a secure wireless LAN device which in one embodiment includes a housing, a wireless transceiver carried by the housing, a medium access controller (MAC) carried by the housing, and a cryptography circuit carried by the housing and connected to the MAC and the wireless transceiver. The cryptography circuit may encrypt both address and data information for transmission, and decrypt both address and data information upon reception. Accordingly, a higher level of security may be provided by the encryption of the address and control portions of the transmitted packet contained within the MAC generated header. This information is not encrypted in conventional LAN cryptographic devices. The cryptography circuit may implement an algorithm and use a key to provide a predetermined security level, such as up to Type 1 security, although lower levels may also be implemented. Of course, the secure wireless LAN device may be used with other LAN devices, such as user stations and/or access points, in any of a number of different LAN configurations.

The MAC may implement a predetermined wireless LAN MAC protocol. For example, the LAN MAC protocol may be based upon the IEEE 802.11 standard. The device may also include at least one connector carried by the housing for connecting the MAC to at least one of a LAN station and a LAN access point. This connector may be a PCMCIA connector.

The cryptography circuit may also comprise a protection circuit to protect against transmission of unencrypted data. In addition, the cryptography circuit may include a cryptography processor, and a control and gateway circuit connecting the cryptography processor to the MAC and the wireless transceiver. The cryptography processor may add a plurality of encrypting bits to be transmitted over an extended time, and the control and gateway circuit may control the transmitter to operate for this extended time.

The control and gateway circuit may comprise a programmable gate array, for example. The cryptography circuit may also further comprise a serial-to-parallel converter connected between the MAC and the cryptography processor.

The wireless transceiver may include a baseband processor, a modem connected to the baseband processor, and a radio frequency transmitter and receiver connected to the modem. The secure wireless LAN device may also include at least one antenna carried by the housing and connected to the wireless transceiver.

A method aspect of the invention is for providing a secure wireless LAN. The method may include equipping a plurality of LAN devices with respective secure wireless LAN devices, each comprising a housing, a wireless transceiver carried by the housing, and a medium access controller (MAC) carried by the housing. The method may further include providing a cryptography circuit carried by the housing and cooperating with the MAC and the wireless transceiver for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of the secure wireless LAN device in accordance with the invention.

FIG. 2 is a perspective view of a laptop computer including the secure wireless LAN device as shown in FIG. 1.

FIG. 3 is a perspective view of a LAN access point device including the secure wireless LAN device as shown in FIG. 1.

FIG. 4 is a schematic diagram of an ad-hoc LAN using the secure wireless LAN devices as shown in FIG. 1.

3

FIG. **5** is a schematic diagram of an infrastructure LAN using the secure wireless LAN devices as shown in FIG. **1**.

FIG. **6** is a schematic diagram of a network bridge LAN configuration using the secure wireless LAN devices as shown in FIG. **1**.

FIG. **7** is a schematic block diagram of the secure wireless LAN device as shown in FIG. **1**.

FIG. **8** is a chart of the data unit protocol for the secure wireless LAN device as shown in FIG. **1**.

FIG. **9** is a more detailed schematic block diagram of the secure wireless LAN device as shown in FIG. **1** and illustrating the cryptographic traffic path.

FIG. **10** is a more detailed schematic block diagram of the secure wireless LAN device as shown in FIG. **1** and illustrating the key fill and algorithm download connectors.

FIG. **11** is a more detailed schematic block diagram of the secure wireless LAN device as shown in FIG. **1** and illustrating the data bus protection.

FIG. **12** is a schematic transverse cross-sectional view of the secure wireless LAN device as shown in FIG. FIG. **13** is a schematic longitudinal cross-sectional view of a portion of the secure wireless LAN device as shown in FIG. **1**.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art. Like numbers refer to like elements throughout.

Referring initially to FIGS. **1-6**, the secure wireless LAN device **20** and its use in various LAN configurations are first described. The device **20** is illustratively in the form of a PC-card, such as an extended Type 2 PC-card. The device **20** includes a housing **21** which carries a connector **27** at one end, and a pair of antennas **22** at the opposite end.

For example, the housing **21** may have a length of about **5.75** inches, which is slightly longer than typical PC-cards. This extended length may serve to accommodate additional cryptography circuitry as will be described in greater detail below. The housing **21** may also have a width of about 2.1 inches, and thickness of about 0.2 inches. Of course, other dimensions are also contemplated by the invention.

The interface connector **27** may be a PCMCIA connector or other similar connector that can readily interface to a number of possible LAN devices as will be appreciated by those skilled in the art. For example, as shown in FIG. **2**, the secure wireless LAN device **20** may be received in a corresponding PC-card slot in the side of a laptop computer **25**. The device **20** may also be received in a PC-card slot of an access point **30** as shown in FIG. **3**.

As shown in FIG. **4**, a plurality of user stations **25** may be connected in an ad-hoc LAN configuration **35** where each station can communicate with every other station using the secure wireless LAN devices **20**. Unencrypted data called "plain text" is generated at the station **25** and encrypted data called "cipher text" is sent over the radio frequency (RF) links between the secure wireless LAN devices **20**.

An infrastructure LAN configuration **40** is shown in FIG. **5**. In this LAN configuration **40**, each user station **25** communicates with the access point **30** via respective secure wireless

4

LAN devices **20**. In addition, in the illustrated LAN configuration **40**, the access point **30** is also connected to a conventional wired LAN. Cryptography may be optionally applied to the communications over the wired LAN using a conventional cryptography device **41** as will be appreciated by those skilled in the art.

A network bridge LAN system **45** is illustrated in FIG. **6**. This configuration or system **45** provides for communications between access points **30** of different LANs. The secure wireless LAN devices **20** are used to provide the secure RF links between the access points **30**. Cryptography devices **41** may be optionally used on the wired connections to the access points as shown in the illustrated LAN system **45**.

Turning now to FIGS. **7** and **8** the secure wireless LAN device **20** is now described in greater detail. The device **20** includes a wireless transceiver **50**, a medium access controller (MAC) **60** and its associated memory **61**, and a cryptography circuit **70**. Each of these circuit portions are carried by or contained within the housing **21** (FIG. **1**).

In accordance with one aspect of the invention, the cryptography circuit **70** may encrypt both address and data information for transmission, and decrypt both address and data information upon reception. A higher level of security is thus provided. The cryptography circuit **70** may implement a cryptographic algorithm and use a cryptographic key to provide a predetermined security level. For example, the cryptography circuit **70** may use an algorithm and key to provide Type **1** security. Lower levels of security, such as DES and triple DES, may also be implemented as will be readily appreciated by those skilled in the art.

The MAC **60** may implement a predetermined wireless LAN MAC protocol. In one preferred embodiment, the LAN MAC protocol may be based upon the IEEE **802.11** standard. The MAC **60** may be a model HFA**3841** MAC chip available from INTERSIL of Melbourne, Fla. Other similar MACs may also be used. The model HFA3841 is a chip from among a chipset offered by INTERSIL as part of its PRISM® 2.4 Ghz WLAN chip set. Further details of the HFA3841 are available in the data sheet for this part dated January 2000, file number 4661.2, the entire disclosure of which is incorporated herein by reference.

The wireless transceiver **50** may include a baseband processor **51**, a modem **52** connected to the baseband processor, and a radio frequency transmitter and receiver connected to the modem. The RF transmitter and receiver are provided in the illustrated embodiment by the RF/IF converter **53**, the power amplifier **54** connected to the transmit output, and the pair of switches **55, 56** connected to the antennas **22**.

The baseband processor **51** may be a model HFA3863 Direct Sequence Spread Spectrum Baseband Processor also available from INTERSIL. The baseband processor **51** provides the functions needed for a full or half-duplex packet baseband transceiver. Further details of the HFA3863 are available in the data sheet for this part dated May 2000, file number 4856.1, the entire disclosure of which is incorporated herein by reference.

The modem **52** may be a model HFA3783 part also offered by INTERSIL which is a fully differential SiGe baseband converter for half-duplex wireless applications. It features the necessary circuitry for quadrature modulation and demodulation of "I" and "Q" baseband signals and includes the required synthesizer as will be appreciated by those skilled in the art. Further details of the HFA3783 are available in the data sheet for this part dated November 2000, file number 4633.3, the entire disclosure of which is incorporated herein by reference.

| 5 | 6 |

The RF/IF converter and synthesizer **53** may be provided by an INTERSIL part number HFA3683A. This part is a SiGe half-duplex RF/IF transceiver for operation at the 2.4 Ghz ISM band. The HFA3683A is further described in the data sheet for this part dated September 2000, file number 4634.6, the entire disclosure of which is incorporated herein by reference.

The power amplifier **54** may be a model MA02303GJ available from M/A-COM. The power amplifier circuit **54** may also include an external detector so that an accurate automatic level control can be implemented. The MA02303GJ is further described in the data sheet for this part, the entire disclosure of which is incorporated herein by reference.

In addition to the INTERSIL and M/A-COM components described herein, other similar components may also be used from other manufacturers. Representative other products/manufacturers include the AirConnect® product of 3COM, and the Spectrum24® product from SYMBOL, for example.

The cryptography circuit **70** also includes a cryptography processor **72** and serial-to-parallel converter (CPLD) **71** connected to the MAC **60** and the cryptography processor. A control and gateway block **73** is provided as part of the field programmable gate array (FPGA) **74**. A FIFO **75** is also illustratively connected to the FPGA **74**.

As seen in the lower portion of FIG. **7**, the MAC **60** generates a payload **80** including a header **81**, the data **82**, and a CRC code **83**. This payload **80** is combined with the cryptography generated bits **85** and the baseband processor generated bits **84** in the illustrated embodiment.

Referring now additionally to FIG. **8**, exemplary data structures are further described. The upper portion of FIG. **8** sets forth the MAC protocol data unit **90**. of interest, addresses **1-4** may be provided as indicated with reference numerals **91-94**. The lower portion of FIG. **8** illustrates the baseband output in greater detail, showing the physical layer convergence protocol (PLCP) frame format **100**. These various data structures or formats are exemplary only and will be appreciated by those of skill in the art without further discussion. Of course, other formats may also be used as will also be appreciated by those skilled in the art.

As will be appreciated by those skilled in the art, the cryptography processor **72** may add a plurality of encrypting bits **85** to be transmitted over an extended time, for example, as compared to the IEEE 802.11 standard. Accordingly, the control and gateway circuit **73** may control the transmitter to operate for this extended time. For example, the transmitter may be readied earlier and operate slightly longer than would otherwise be the case without the cryptography features of the present invention. Other schemes for handling the slightly longer data packets are also contemplated by the present invention.

Referring now additionally to FIG. **9**, additional portions of the secure wireless LAN device **20** are now described. The cryptography circuit **70** may be provided, for example, by a SIERRA™ cryptographic module available from Harris Corporation of Melbourne, Florida which is also the assignee of the present invention. The cryptography processor **72** may be a Palisades ASIC, for example, as in the SIERRA™ cryptographic module. The cryptography circuit **70** also includes a RAM and associated back-up battery **105** as will be discussed in greater detail below. The FPGA **74** may be programmed to produce the various devices and logic blocks as shown in FIG. **9** as will be appreciated by those skilled in the art.

As explained with additional reference to FIG. **10**, the secure wireless LAN device **20** may include a fifteen-pin connector **110** carried by the housing and used to interface to external circuitry **111** as will be appreciated by those skilled in the art. The external circuitry **111** may include download terminal interface circuitry **111***a* to permit the cryptographic algorithm, or at least portions thereof, to be loaded. In addition, the external circuitry **111** may include fill device interface circuitry **111***b* to provide the key fill to the cryptography processor **72**. In other embodiments, different interfaces may be used for these features as will be appreciated by those skilled in the art.

The illustrated embodiment also includes an undervoltage, overvoltage, tamper, and zeroize circuit block **106** connected to the cryptography processor **72** and to the RAM **107**. The secure wireless LAN device **20** may have its key changed periodically as required, and may also have the cryptography algorithm updated or changed as well to provide further flexibility and security.

Turning now to FIG. **11**, the cryptography circuit **70** may also comprise a protection circuit **114** to protect against transmission of unencrypted data. The protection circuit **114** may be provided by logic gates **115**, **116** and input registers **117** implemented within the FPGA **74** as will be appreciated by those skilled in the art. This protection circuit **114**, along with similar protection circuitry within the CPLD **71**, provides redundancy so that plain text is not accidentally transmitted from the secure wireless LAN device **20**. Also shown in the illustrated embodiment are FLASH **108** and RAM **107** to be used by the cryptography processor **72**.

One method aspect of the invention is for providing a secure wireless LAN system, such as the LAN configurations or systems **35**, **40** and **45** shown respectively in FIGS. **4-6**, for example. The method may include equipping a plurality of LAN devices with respective secure wireless LAN devices **20** as described herein. In particular, the method may further include providing a cryptography circuit **70** carried by the housing and cooperating with the MAC **60** and the wireless transceiver **50** for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception.

Yet other important features of the secure wireless LAN device **20** are now described with additional reference to FIGS. **12** and **13**. The device **20** illustratively includes a two-part housing **21** provided by a metal top and bottom **21***a*, **21***b* which clip or engage together along opposing longitudinal side edges. The housing **21**, in turn, carries a printed wiring board **118**. The printed wiring board **118** may carry the MAC, cryptography circuit, and wireless transceiver as discussed extensively above. In addition, other circuitry and devices may also be provided in the housing **21** as schematically indicated in FIG. **13** as components **125**. These components **125** may be carried by both sides of the printed wiring board **118**, and the printed wiring board may be a multilayer wiring board as will be appreciated by those skilled in the art. Labels **126** may be carried in respective recesses formed in the housing **21** as shown in FIG. **13**.

The printed wiring board **118** also illustratively carries an indicator LED **119** and a zeroize switch or circuit **120** as shown in FIG. **12**. Ground clips **122** tie the housing bottom **21***b* to an electrical ground on the printed wiring board **118**. In addition, tamper switch clips **123** engage the upper housing portion or top **21***a* in the illustrated embodiment. The volatile memory or RAM **107** and back-up battery **109** are also schematically illustrated as being carried by the printed wiring board **118**.

The secure wireless LAN device **20** includes the cryptography circuit **70** described herein that operates using cryptography information. In accordance with this aspect of the

7

invention, the cryptography circuit also renders unuseable the cryptography information based upon tampering. In other terms, the cryptography circuit **70** may comprise at least one volatile memory **107** for storing the cryptography information, and a battery **109** for maintaining the cryptography information in the at least one volatile memory. Accordingly, the cryptography circuit may further include at least one switch, such as the illustrated tamper clips **123** operatively connected to the housing **21**, and to associated circuitry, for disconnecting the battery **109** from the at least one volatile memory **107** so that the cryptography information therein is lost based upon breach of the housing.

As will be appreciated by those skilled in the art, the cryptographic information may comprise a cryptography key and/or at least a portion of a cryptography algorithm as discussed in detail above. This cryptographic information remains relatively secure and is lost upon tampering, such as removing or breaching the housing **21**.

Another method aspect of the invention is for making tamper resistant a secure wireless LAN device **20** comprising a housing **21**, a wireless transceiver **50** carried by the housing and a cryptography circuit **70** carried by the housing. The method may include storing cryptography information in the cryptography circuit **70**, and rendering unuseable the cryptography information based upon tampering with the secure wireless LAN device. The cryptography circuit **70** may comprise at least one volatile memory **107** for storing the cryptography information, and a battery **109** for maintaining the cryptography information in the at least one volatile memory. In this embodiment, rendering unuseable comprises disconnecting the battery from the at least one volatile memory based upon a breach of the housing. Of course, other schemes for rendering the cryptography information unuseable are also contemplated by the present invention.

Other aspects of the secure wireless LAN device **20** are described in copending patent application entitled "SECURE WIRELESS LAN DEVICE INCLUDING TAMPER RESISTANT FEATURE AND ASSOCIATED METHOD", Ser. No. 09/761,173, which is also assigned to the present assignee. The entire disclosure of this application is incorporated herein by reference. In addition, many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

1. A secure wireless local area network (LAN) device comprising:
   a housing;
   a wireless transceiver carried by said housing;
   a medium access controller (MAC) carried by said housing; and
   a cryptography circuit carried by said housing and connected to said MAC and said wireless transceiver for encrypting both address and data information for transmission by at least adding a plurality of encrypting bits to both the address and the data information, and for decrypting both the address and the data information upon reception.

2. A secure wireless LAN device according to claim 1 wherein said MAC implements a predetermined wireless LAN MAC protocol.

8

3. A secure wireless LAN device according to claim 2 wherein said predetermined wireless LAN MAC protocol is based upon the IEEE 802.11 standard.

4. A secure wireless LAN device according to claim 1 further comprising at least one connector carried by said housing for connecting said MAC to at least one of a LAN station and a LAN access point.

5. A secure wireless LAN device according to claim 4 wherein said at least one connector comprises a PCMCIA connector.

6. A secure wireless LAN device according to claim 1 wherein said cryptography circuit implements an algorithm and uses a key to provide a predetermined security level.

7. A secure wireless LAN device according to claim 1 wherein said cryptography circuit comprises a protection circuit to protect against transmission of unencrypted data.

8. A secure wireless LAN device according to claim 1 wherein said cryptography circuit comprises:
   a cryptography processor; and
   a control and gateway circuit connecting said cryptography processor to said MAC and said wireless transceiver.

9. A secure wireless LAN device according to claim 8 wherein said cryptography processor adds a plurality of encrypting bits to be transmitted over an extended time; and wherein said control and gateway circuit controls said transmitter to operate for the extended time.

10. A secure wireless LAN device according to claim 8 wherein said control and gateway circuit comprises a programmable gate array.

11. A secure wireless LAN device according to claim 8 wherein said cryptography circuit further comprises a serial-to-parallel converter connected between said MAC and said cryptography processor.

12. A secure wireless LAN device according to claim 1 wherein said wireless transceiver comprises:
   a baseband processor;
   a modem connected to said baseband processor; and
   a radio frequency transmitter and receiver connected to said modem.

13. A secure wireless LAN device according to claim 1 further comprising at least one antenna carried by said housing and connected to said wireless transceiver.

14. A secure wireless local area network (LAN) device comprising:
   a housing;
   a wireless transceiver carried by said housing and comprising a baseband processor;
   a medium access controller (MAC) carried by said housing for implementing a predetermined wireless LAN MAC protocol; and
   a cryptography circuit carried by said housing and connected to said MAC and said baseband processor for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception.

15. A secure wireless LAN device according to claim 14 wherein said predetermined wireless LAN MAC protocol is based upon the IEEE 802.11 standard.

16. A secure wireless LAN device according to claim 14 further comprising at least one connector carried by said housing for connecting said MAC to at least one of a LAN station and a LAN access point.

17. A secure wireless LAN device according to claim 16 wherein said at least one connector comprises a PCMCIA connector.

9

18. A secure wireless LAN device according to claim 14 wherein said cryptography circuit implements an algorithm and uses a key to provide a predetermined security level.

19. A secure wireless LAN device according to claim 14 wherein said cryptography circuit comprises a protection circuit to protect against transmission of unencrypted data.

20. A secure wireless LAN device according to claim 14 wherein said cryptography circuit comprises:
 a cryptography processor; and
 a control and gateway circuit connecting said cryptography circuit to said MAC and said wireless transceiver.

21. A secure wireless LAN device according to claim 20 wherein said cryptography processor adds a plurality of encrypting bits to be transmitted over an extended time; and wherein said control and gateway circuit controls said transmitter to operate for the extended time.

22. A secure wireless LAN device according to claim 20 wherein said control and gateway circuit comprises a programmable gate array.

23. A secure wireless LAN device according to claim 20 wherein said cryptography circuit further comprises a serial-to-parallel converter connected between said MAC and said cryptography processor.

24. A secure wireless LAN device according to claim 14 wherein said wireless transceiver further comprises:
 a modem connected to said baseband processor; and
 a radio frequency transmitter and receiver connected to said modem.

25. A secure wireless LAN device according to claim 14 further comprising at least one antenna carried by said housing and connected to said wireless transceiver.

26. A secure wireless local area network (LAN) device comprising:
 a housing;
 a wireless transceiver carried by said housing and comprising a baseband processor;
 a medium access controller (MAC) carried by said housing;
 a cryptography circuit carried by said housing and connected to said MAC and said baseband processor for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception; and
 at least one connector carried by said housing for connecting said MAC to at least one of a LAN station and a LAN access point.

27. A secure wireless LAN device according to claim 26 wherein said at least one connector comprises a PCMCIA connector.

28. A secure wireless LAN device according to claim 26 wherein said MAC implements a predetermined wireless LAN MAC protocol.

29. A secure wireless LAN device according to claim 28 wherein said predetermined wireless LAN MAC protocol is based upon the IEEE 802.11 standard.

30. A secure wireless LAN device according to claim 26 wherein said cryptography circuit implements an algorithm and uses a key to provide a predetermined security level.

31. A secure wireless LAN device according to claim 26 wherein said cryptography circuit comprises a protection circuit to protect against transmission of unencrypted data.

32. A secure wireless LAN device according to claim 26 wherein said cryptography circuit comprises:
 a cryptography processor; and
 a control and gateway circuit connecting said cryptography processor to said MAC and said wireless transceiver.

10

33. A secure wireless LAN device according to claim 32 wherein said cryptography processor adds a plurality of encrypting bits to be transmitted over an extended time; and wherein said control and gateway circuit controls said transmitter to operate for the extended time.

34. A secure wireless LAN device according to claim 32 wherein said control and gateway circuit comprises a programmable gate array.

35. A secure wireless LAN device according to claim 32 wherein said cryptography circuit further comprises a serial-to-parallel converter connected between said MAC and said cryptography processor.

36. A secure wireless LAN device according to claim 26 wherein said wireless transceiver comprises:
 a baseband processor;
 a modem connected to said baseband processor; and
 a radio frequency transmitter and receiver connected to said modem.

37. A secure wireless LAN device according to claim 26 further comprising at least one antenna carried by said housing and connected to said wireless transceiver.

38. A secure wireless local area network (LAN) system comprising:
 a plurality of LAN devices;
 a respective secure wireless LAN device connected to each of said plurality of LAN devices, each secure wireless LAN device comprising
  a housing,
  a wireless transceiver carried by said housing,
  a medium access controller (MAC) carried by said housing, and
  a cryptography circuit carried by said housing and connected to said MAC and said wireless transceiver for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception.

39. A secure wireless LAN system according to claim 38 wherein said MAC implements a predetermined wireless LAN MAC protocol.

40. A secure wireless LAN system according to claim 39 wherein said predetermined wireless LAN MAC protocol is based upon the IEEE 802.11 standard.

41. A secure wireless LAN system according to claim 38 wherein said cryptography circuit implements an algorithm and uses a key to provide a predetermined security level.

42. A secure wireless LAN system according to claim 38 wherein said cryptography circuit comprises:
 a cryptography processor; and
 a control and gateway circuit connecting said cryptography processor to said MAC and said wireless transceiver.

43. A secure wireless LAN system according to claim 38 wherein said wireless transceiver comprises:
 a baseband processor;
 a modem connected to said baseband processor; and
 a radio frequency transmitter and receiver connected to said modem.

44. A secure wireless LAN system according to claim 38 wherein said plurality of LAN devices comprises a plurality of user stations.

45. A secure wireless LAN system according to claim 38 wherein said plurality of LAN devices comprises at least one user station and at least one access point.

46. A secure wireless LAN system according to claim 38 wherein said plurality of LAN devices comprises a plurality of access points.

11

47. A method for providing a secure wireless local area network (LAN) comprising:
  equipping a plurality of LAN devices with respective secure wireless LAN devices, each comprising a housing, a wireless transceiver carried by the housing, and a medium access controller (MAC) carried by the housing; and
  providing a cryptography circuit carried by the housing and cooperating with the MAC and the wireless transceiver for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception.

48. A method according to claim 47 wherein the MAC implements a predetermined wireless LAN MAC protocol.

49. A method according to claim 48 wherein the predetermined wireless LAN MAC protocol is based upon the IEEE 802.11 standard.

50. A method according to claim 47 further comprising providing at least one connector carried by the housing for connecting the MAC to at least one of a LAN station and a LAN access point.

51. A method according to claim 50 wherein the at least one connector comprises a PCMCIA connector.

52. A method according to claim 47 wherein the cryptography circuit implements an algorithm and uses a key to provide a predetermined security level.

12

53. A method according to claim 47 wherein the cryptography circuit comprises a protection circuit to protect against transmission of unencrypted data.

54. A method according to claim 47 wherein the cryptography circuit comprises:
  a cryptography processor; and
  a control and gateway circuit connecting the cryptography processor to the MAC and the wireless transceiver.

55. A method according to claim 54 wherein the cryptography processor adds a plurality of encrypting bits to be transmitted over an extended time; and wherein the control and gateway circuit controls the transmitter to operate for the extended time.

56. A method according to claim 54 wherein the control and gateway circuit comprises a programmable gate array.

57. A method according to claim 54 wherein the cryptography circuit further comprises a serial-to-parallel converter connected between the MAC and the cryptography processor.

58. A method according to claim 47 wherein the wireless transceiver comprises:
  a baseband processor;
  a modem connected to the baseband processor; and
  a radio frequency transmitter and receiver connected to the modem.

59. A method according to claim 47 further comprising at least one antenna carried by the housing and connected to the wireless transceiver.

* * * * *