# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HARRIS CORPORATION, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:18-CV-00439-JRG |
| | § | |
| HUAWEI DEVICE USA, INC., ET AL., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Harris Corporation's ("Harris") Notice of Voluntary Dismissal Without Prejudice of Defendants Huawei Enterprise USA Inc., Huawei Technologies Cooperatif U.A., and Huawei Device (Hong Kong) Co., Ltd. (the "Notice"), pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).  (Dkt. No. 12.)  In light of the Notice and being advised that Defendants Huawei Enterprise USA Inc., Huawei Technologies Cooperatif U.A., and Huawei Device (Hong Kong) Co., Ltd. have not filed or served an answer or a motion for summary judgment, it is hereby **ORDERED** that Harris' claims in this case against Defendants Huawei Enterprise USA Inc., Huawei Technologies Cooperatif U.A., and Huawei Device (Hong Kong) Co., Ltd. are **DISMISSED WITHOUT PREJUDICE**.  This Order does not affect Harris' claims in this case against Defendants Huawei Device USA, Inc., Huawei Device Co., Ltd., Huawei Technologies Co. Ltd., Huawei Technologies USA Inc., and Huawei Device (Shenzhen) Co., Ltd.

**So ORDERED and SIGNED this 21st day of February, 2019.**

*[signature: Rodney Gilstrap]*
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE