# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION,<br><br>    *Plaintiff,*<br><br>v.<br><br>HUAWEI DEVICE USA, INC., *et al.*,<br><br>    *Defendants.* | Civil Action No. 2:18-cv-439-JRG |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Andrew T. Radsch of Ropes & Gray LLP enters his appearance on behalf of Defendants Huawei Device USA, Inc., Huawei Device Co., Ltd., Huawei Technologies Co. Ltd., Huawei Technologies USA Inc., and Huawei Device (Shenzhen) Co., Ltd. in this matter as additional counsel.

Andrew T. Radsch may receive all communications from the Court and from other parties at Ropes & Gray LLP, 1900 University Avenue, 6th Floor, East Palo Alto, CA 94303; Telephone: (650) 617-4000; Facsimile: (650) 617-4090 ; email Andrew.Radsch@ropesgray.com.

Dated:  February 27, 2019

Respectfully submitted,

 */s/ Andrew T. Radsch*
Andrew T. Radsch
CA State Bar No. 303665
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303
Telephone:  (650) 617-4000
Facsimile:  (650) 617-4090
Email:  Andrew.Radsch@ropesgray.com

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 27th day of February, 2019, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

 */s/ Andrew T. Radsch*
Andrew T. Radsch