IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>HUAWEI DEVICE USA, INC., HUAWEI  )<br>DEVICE CO., LTD., HUAWEI  )<br>TECHNOLOGIES USA INC., HUAWEI  )<br>TECHNOLOGIES CO. LTD., AND  )<br>HUAWEI DEVICE (SHENZHEN) CO.,  )<br>LTD.  )<br>  )<br>    Defendants.  )| CIVIL ACTION NO. 2:18-cv-439<br><br>**JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION TO AMEND DEADLINES FOR INFRINGEMENT CONTENTIONS AND INVALIDITY CONTENTIONS

Plaintiff Harris Corporation respectfully moves the Court to amend its February 25, 2019 Scheduling Order (Dkt. No. 18) to extend Plaintiff's deadline to comply with P.R 3-1 & 3-2 by 30 days to April 3, 2019.  Harris also requests that the Court likewise amend its Order to extend Defendants' deadline to comply with P.R. 3-3 & 3-4 by 30 days.  Plaintiff seeks to extend these deadlines for good cause, including to facilitate cooperation and coordination between the parties, and not for purposes of delay.  The proposed extensions should not affect any other dates to be scheduled.  Counsel for defendants Huawei Device USA Inc., Huawei Device Co., Ltd., Huawei Technologies USA Inc., Huawei Technologies Co., Ltd., and Huawei Device (Shenzhen) Co., Ltd. have informed counsel for Harris that they do not oppose the requested extensions.

WHEREFORE, Harris respectfully requests that the Court grant its Motion and enter the proposed Amended Order to govern this case.

Dated:  February 28, 2019                                          Respectfully Submitted,


By:  /s/ *Denise De Mory*

Henry C. Bunsow
Denise De Mory
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com

Attorneys for Plaintiff
HARRIS CORPORATION

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) with a copy of this document via the Court's CM/ECF system.

Dated:  February 28, 2019                          By:  /s/ *Denise De Mory*

                                            Henry C. Bunsow
                                            Denise De Mory
                                            **BUNSOW DE MORY LLP**
                                            701 El Camino Real
                                            Redwood City, CA 94063
                                            Telephone: (650) 351-7248
                                            Facsimile: (415) 426-4744
                                            hbunsow@bdiplaw.com
                                            ddemory@bdiplaw.com

                                            Attorneys for Plaintiff
                                            HARRIS CORPORATION