IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HARRIS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2:18-cv-439 |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI TECHNOLOGIES CO. LTD., AND HUAWEI DEVICE (SHENZHEN) CO., LTD. | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## [PROPOSED] AMENDED ORDER

It is hereby ORDERED that the following schedule of deadlines is in effect until further order of this Court:

| Current Deadline | Amended Deadline | Event |
|---|---|---|
| 6 Weeks After Scheduling Conference | May 29, 2019 | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |
| 3 Weeks After Scheduling Conference | | *File Proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures) <br><br> The Proposed Protective Order shall be filed as a separate motion with the caption indicating whether or not the proposed order is opposed in any part. |
| 2 Weeks After Scheduling Conference | | *File Proposed Docket Control Order and Proposed Discovery Order <br><br> The Proposed Docket Control Order and Proposed Discovery Order shall be filed as separate motions with the caption |

|  |  | indicating whether or not the proposed order is opposed in any part. |
| --- | --- | --- |
| 1 Week After Scheduling Conference |  | Join Additional Parties |
| 3 Days After Scheduling Conference |  | *File Notice of Mediator |
| 2 Weeks Before Scheduling Conference | April 3, 2019 | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |