# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HARRIS CORPORATION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § § | CIVIL ACTION NO. 2:18-CV-00439-JRG |
| HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI DEVICE (SHENZHEN) CO., LTD., | § § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Harris Corporation's ("Harris") Unopposed Motion to Amend Deadlines for Infringement Contentions and Invalidity Contentions (the "Motion"). (Dkt. No. 22.) Harris seeks to extend its time to comply with P.R 3-1 and 3-2 by 30 days to April 3, 2019. (*Id.* at 1.) Harris also asks the Court to extend Defendants Huawei Device USA Inc., Huawei Device Co., Ltd., Huawei Technologies USA Inc., Huawei Technologies Co., Ltd., and Huawei Device (Shenzhen) Co., Ltd.'s (collectively, "Huawei") time to comply with P.R. 3-3 and 3-4 by 30 days. (*Id.*) Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that Harris' deadline to comply with P.R 3-1 and 3-2 is extended up to and including **April 3, 2019**. Likewise, it is **ORDERED** that Huawei's deadline to comply with P.R. 3-3 and 3-4 is extended up to and including **May 29, 2019**.

**So ORDERED and SIGNED this 1st day of March, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE