**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HARRIS CORPORATION,<br><br>   *Plaintiff,*<br><br>v.<br><br>HUAWEI DEVICE USA, INC., *et al.*,<br><br>   *Defendants.* | Civil Action No. 2:18-cv-439-JRG |

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

Notice is hereby given that James L. Davis, Jr. of Ropes & Gray LLP enters his appearance on behalf of Defendants Huawei Device USA, Inc., Huawei Device Co., Ltd., Huawei Technologies Co. Ltd., Huawei Technologies USA Inc., and Huawei Device (Shenzhen) Co., Ltd. in this matter as additional counsel.

James L. Davis, Jr. may receive all communications from the Court and from other parties at Ropes & Gray LLP, 1900 University Avenue, 6th Floor, East Palo Alto, CA 94303; Telephone: (650) 617-4794; Facsimile: (650) 566-4147 ; email james.l.davis@ropesgray.com.

Dated:  March 4, 2019

          Respectfully submitted,

           */s/ James L. Davis, Jr.*
          James L. Davis, Jr.
          CA State Bar No. 304830
          ROPES & GRAY LLP
          1900 University Avenue, 6th Floor
          East Palo Alto, CA 94303
          Telephone:  (650) 617-4794
          Facsimile:  (650) 566-4147
          Email:  james.l.davis@ropesgray.com

**<ins>CERTIFICATE OF SERVICE</ins>**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 4th day of March, 2019, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ James L. Davis, Jr.*
James L. Davis, Jr.