IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HARRIS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2:18-cv-439 |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI TECHNOLOGIES CO. LTD., AND HUAWEI DEVICE (SHENZHEN) CO., LTD. | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE OF CHRISTINA FINN**

COMES NOW Plaintiff, Harris Corporation, and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Christina Finn, California State Bar Number 247838, of Bunsow De Mory LLP, 701 El Camino Real, California, 94063, (650) 351-7248, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Dated:  March 4, 2019	Respectfully Submitted,


By:  /s/ *Christina Finn*

Henry C. Bunsow
Denise De Mory
Christina Finn
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
cfinn@bdiplaw.com

**ATTORNEYS FOR PLAINTIFF
HARRIS CORPORATION**

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) with a copy of this document via the Court's CM/ECF system.

Dated:  March 4, 2019

                                                   */s/ Christina Finn*
                                                     Christina Finn