IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:18-cv-439 |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| HUAWEI DEVICE USA, INC., HUAWEI ) | |
| DEVICE CO., LTD., HUAWEI ) | |
| TECHNOLOGIES USA INC., HUAWEI ) | |
| TECHNOLOGIES CO. LTD., AND ) | |
| HUAWEI DEVICE (SHENZHEN) CO., ) | |
| LTD. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE OF ROBIN CURTIS**

COMES NOW Plaintiff, Harris Corporation, and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Robin Curtis, California State Bar Number 271702, of Bunsow De Mory LLP, 701 El Camino Real, California, 94063, (650) 351-7248, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Dated:  March 4, 2019                             Respectfully Submitted,


By:  /s/ *Robin Curtis*

Henry C. Bunsow
Denise De Mory
Christina Finn
Robin Curtis
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
cfinn@bdiplaw.com
rcurtis@bdiplaw.com

**ATTORNEYS FOR PLAINTIFF
HARRIS CORPORATION**

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) with a copy of this document via the Court's CM/ECF system.

Dated:  March 4, 2019

                                                          */s/ Robin Curtis*
                                                           Robin Curtis