IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:18-cv-439 |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| HUAWEI DEVICE USA, INC., HUAWEI ) | |
| DEVICE CO., LTD., HUAWEI ) | |
| TECHNOLOGIES USA INC., HUAWEI ) | |
| TECHNOLOGIES CO. LTD., AND ) | |
| HUAWEI DEVICE (SHENZHEN) CO., ) | |
| LTD. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE OF NICHOLAS MANCUSO**

COMES NOW Plaintiff, Harris Corporation, and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Nicolas Mancuso, California State Bar Number 271668, of Bunsow De Mory LLP, 701 El Camino Real, California, 94063, (650) 351-7248, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Dated:  March 5, 2019                                    Respectfully Submitted,


              By:  /s/ *Nicholas Mancuso*

                Henry C. Bunsow
                Denise De Mory
                Christina Finn
                Robin Curtis
                Nicolas Mancuso
                **BUNSOW DE MORY LLP**
                701 El Camino Real
                Redwood City, CA 94063
                Telephone: (650) 351-7248
                Facsimile: (415) 426-4744
                hbunsow@bdiplaw.com
                ddemory@bdiplaw.com
                cfinn@bdiplaw.com
                nmancuso@bdiplaw.com

                **ATTORNEYS FOR PLAINTIFF**
                **HARRIS CORPORATION**

## CERTIFICATE OF SERVICE

 The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) with a copy of this document via the Court's CM/ECF system.

Dated:  March 5, 2019

                */s/ Nicolas Mancuso*
                Nicolas Mancuso