IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:18-cv-439 |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| HUAWEI DEVICE USA, INC., HUAWEI ) | |
| DEVICE CO., LTD., HUAWEI ) | |
| TECHNOLOGIES USA INC., HUAWEI ) | |
| TECHNOLOGIES CO. LTD., AND ) | |
| HUAWEI DEVICE (SHENZHEN) CO., ) | |
| LTD. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE OF COREY JOHANNINGMEIER**

COMES NOW Plaintiff, Harris Corporation, and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Corey Johanningmeier, California State Bar Number 251297, of Bunsow De Mory LLP, 701 El Camino Real, California, 94063, (650) 351-7248, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Dated:  March 7, 2019                    Respectfully Submitted,


                                              By:  /s/ *Corey Johanningmeier*

                    Henry C. Bunsow
                    Denise De Mory
                    Christina Finn
                    Robin Curtis
                    Corey Johanningmeier
                    **BUNSOW DE MORY LLP**
                    701 El Camino Real
                    Redwood City, CA 94063
                    Telephone: (650) 351-7248
                    Facsimile: (415) 426-4744
                    hbunsow@bdiplaw.com
                    ddemory@bdiplaw.com
                    cfinn@bdiplaw.com
                    rcurtis@bdiplaw.com
                    cjohanningmeier@bdiplaw.com

                    **ATTORNEYS FOR PLAINTIFF**
                    **HARRIS CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) with a copy of this document via the Court's CM/ECF system.

Dated:  March 7, 2019

                                                     */s/ Corey Johanningmeier*
                                                   Corey Johanningmeier