IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION,<br><br>          *Plaintiff*,<br><br>v.<br><br>HUAWEI DEVICE USA, INC., *et al.*,<br><br>          *Defendants*. | Civil Action No. 2:18-cv-439-JRG |

### JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Plaintiff Harris Corporation and Defendants Huawei Device USA, Inc., Huawei Device Co., Ltd., Huawei Technologies USA Inc., Huawei Technologies Co. Ltd., and Huawei Device (Shenzhen) Co., Ltd. respectfully request a five page increase and a two page increase for their briefing on Defendant's motion to dismiss.

Plaintiff filed its amended complaint for patent infringement on February 15, 2019.  Dkt. No. 13.  Defendants request that the Court extend the dispositive motion page limit for their motion to dismiss Plaintiff's amended complaint by an additional five pages, and Plaintiff is requesting an additional five pages for its opposition brief.  The parties further request that the Court extend the page limit for any reply or sur-reply in regard to the motion to dismiss by an additional two pages.  The parties respectfully submit that good cause exists and seek the additional pages in order to adequately raise and properly respond to the issues in Defendants' motion to dismiss Plaintiff's amended complaint.

Dated: March 8, 2019                                                         Respectfully submitted,


/s/ *Henry C. Bunsow*                                          /s/ *Melissa R. Smith*
Henry C. Bunsow                                                 Melissa R. Smith
Denise De Mory                                                  Texas State Bar No. 24001351
**BUNSOW DE MORY LLP**                                          **GILLAM & SMITH LLP**
701 El Camino Real                                              303 S. Washington Avenue
Redwood City, CA 94063                                          Marshall, TX  75670
Telephone: (650) 351-7248                                       Telephone:  (903) 934-8450
Facsimile: (415) 426-4744                                       Facsimile: (903) 934-9257
hbunsow@bdiplaw.com                                             melissa@gillamsmithlaw.com
ddemory@bdiplaw.com

                                                                *Attorney for Defendants*
*Attorneys for Plaintiff*                                       *Huawei Device USA, Inc., Huawei Device*
*Harris Corporation*                                            *Co., Ltd., Huawei Technologies USA Inc.,*
                                                                *Huawei Technologies Co. Ltd. and Huawei*
                                                                *Device (Shenzhen) Co., Ltd*.


## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being notified of the filing of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 8th day of March, 2019.


                                                                */s/ Melissa R. Smith*
                                                                Melissa R. Smith