# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION, | |
| *Plaintiff,* | Civil Action No. 2:18-cv-439-JRG |
| v. | |
| HUAWEI DEVICE USA, INC., *et al.*, | |
| *Defendants.* | |

## ORDER GRANTING JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITS

The Court, having considered the Joint motion for Leave to Exceed Page Limits, is of the opinion that the motion should be **GRANTED and hereby ORDERS** that Defendants may exceed the dispositive motion page limit by five (5) pages in its motion to dismiss Plaintiff's Amended Complaint for Patent Infringement (DKT13), and Plaintiff may exceed the page limit by five (5) pages in its Response.  It is further ORDERED that the parties may exceed the page limits for any reply or sur-reply in regard to the motion to dismiss by an additional two (2) pages.