## Appendix A

| Asserted Claim 12 of U.S. Patent No. 7,224,678 | Representative *FairWarning* Claim Found Invalid | Asserted Claim 40 of U.S. Patent No. 7,327,690 |
|---|---|---|
| 12. A **wireless local or metropolitan area network** comprising: a plurality of stations for transmitting data therebetween using a media access layer (MAC), each of said stations having a respective MAC address associated therewith; and a policing station for **detecting intrusions** into the wireless network by **monitoring transmissions** among said plurality of stations **to detect failed attempts to authenticate MAC addresses**; and **generating an intrusion alert** based upon detecting a number of failed attempts to authenticate a MAC address. | 1. A method of **detecting improper access** of a patient's protected health information (PHI) in a **computer environment**, the method comprising: generating **a rule for monitoring audit log data** representing at least one of transactions or activities that are executed in the computer environment . . . **applying the rule to the audit log data to determine if an event has occurred**, the event occurring if the at least one criterion has been met; storing, in a memory, a hit if the event has occurred; and **providing notification if the event has occurred**. | 40. A **wireless local or metropolitan area network** comprising: a plurality of stations for transmitting data via a medium access control (MAC) layer, each station having a MAC address associated therewith to be transmitted with data sent therefrom; and a policing station for **detecting intrusions** into the wireless network by **monitoring transmissions** among said plurality of stations **to detect collisions of a same MAC address**; and **generating an intrusion alert** based upon detecting a threshold number of collisions of a same MAC address. |