-2-

## Appendix B

| Asserted Claim 24 of U.S. Patent No. 6,535,227 | Representative *Electric Power Group* Claim Found Invalid |
|---|---|
| 24. A graphical user interface contained on a computer screen and used for determining the security posture of a network comprising:<br>    a system design window for **displaying network icons of a network map that are representative of different network elements contained within a network**, wherein respective network icons are linked together in an arrangement corresponding to how network elements are interconnected within the network and a select node configuration edit box having a user selectable vulnerability profile for selecting a vulnerability profile of a network node;<br>    wherein selected portions of the network map **turn a different color indicative of a vulnerability** that has been established for that portion of the network **after a security posture of the network has been established**. | 2. A method of detecting events on an inter-connected electric power grid in real time over a wide area and automatically analyzing the events on the interconnected electric power grid, the method comprising:<br>    receiving a plurality of data streams . . .<br>    receiving data from other power system data sources . . .<br>    receiving data from a plurality of non-grid data sources . . .<br>    detecting and analyzing events in real-time from the plurality of data streams . . .<br>    **displaying** the event analysis results and diagnoses of events and associated ones of the metrics **from different categories of data** and the derived metrics **in visuals**, tables, charts, or combinations thereof . . .<br>    **displaying concurrent visualization** of measurements from the data streams . . .<br>    accumulating and updating the measurements from the data streams . . .<br>    **deriving a composite indicator of reliability that is an indicator of power grid vulnerability** and is derived from a combination of one or more real time measurements . . . . |