-3-

## Appendix C

| Asserted Claim 8 of U.S. Patent No. 7,027,426 | Representative *Two-Way Media* Claim Found Invalid | Asserted Claim 30 of U.S. Patent No. 6,980,537 |
|---|---|---|
| 8. A method for operating a **mobile ad hoc network** comprising a plurality of wireless mobile nodes and a plurality of wireless communication links connecting the plurality of nodes together over a plurality of electrically separate wireless channels, the method comprising:<br>    at a source node, **sending a route request** over each of the plurality of electrically separate channels to discover routing to a destination node; and<br>    at the source node, **selecting a route to the destination node** on at least one of the plurality of electrically separate channels. | 1. A method for **transmitting message packets** over a **communications network** comprising the steps of:<br>    converting a plurality of streams of audio and/or visual information into a plurality of streams of addressed digital packets complying with the specifications of a network communication protocol,<br>    for each stream, routing such stream to one or more users,<br>    **controlling the routing of the stream of packets in response to selection signals received from the users**, and<br>    **monitoring the reception of packets by the users** and accumulating records that indicate which streams of packets were received by which users, wherein . . . . | 30. A **communications network** comprising:<br>    a plurality of communication units **to transmit and receive messages** within said network, wherein each said communication unit includes:<br>    a status transmission module to facilitate periodic transmission of a unit status message;<br>    an interval module **to adjust the time between each said periodic transmission in response to detecting modifications in connectivity with neighboring units**; and<br>    a configuration module **to determine a status of that communication unit as a routing unit for routing network traffic or as a member unit of a corresponding routing unit in accordance with information contained within received unit status messages**, wherein said communication unit status as said routing unit is fixed for routing subsequent network messages and re-evaluated in response. |