**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HARRIS CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>HUAWEI DEVICE USA, INC.<br>HUAWEI DEVICE CO., LTD.,<br>HUAWEI TECHNOLOGIES USA INC.,<br>HUAWEI TECHNOLOGIES CO. LTD., AND<br>HUAWEI DEVICE (SHENZEN) CO., LTD.,<br><br>        Defendants. | No. 2:18-cv-00439-JRG<br><br>Jury Trial Demanded |

## **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendants Huawei Device USA, Inc., Huawei Device Co. Ltd., Huawei Technologies USA Inc., Huawei Technologies Co. Ltd., and Huawei Device (Shenzhen) Co. Ltd. state the following:

Huawei Device USA, Inc. is a wholly-owned subsidiary of Huawei Device (Hong Kong) Co., Limited, which is a wholly owned subsidiary of Huawei Device Co., Ltd. No publicly held company owns 10% or more of Huawei Device USA, Inc.

Huawei Technologies USA, Inc. is a wholly-owned subsidiary of Huawei Technologies Coöperatief U.A,, which is a jointly owned subsidiary of Huawei Technologies Co., Ltd and Hua Ying Management Co. Ltd. No publicly held company owns 10% or more of Huawei Technologies USA, Inc.

Huawei Technologies Co., Ltd. is a wholly-owned subsidiary of Huawei Investment & Holding Co., Ltd.  No publicly held company owns 10% or more of Huawei Technologies Co. Ltd.

Huawei Device (Shenzhen) Co., Ltd. is a wholly-owned subsidiary of Huawei Device Co., Ltd.  No publicly held company owns 10% or more of Huawei Device (Shenzhen) Co., Ltd.

The parent companies of Huawei Device Co., Ltd. are Huawei Investment & Holding Co., Ltd., Huawei Technologies Co., Ltd., and Huawei Tech Investment Co., Limited.  No publicly held corporation owns 10% or more of Huawei Device Co., Ltd.

Dated: March 8, 2019

*/s/ Melissa R. Smith*
Melissa R. Smith
**GILLAM & SMITH, LLP**
TX State Bar No. 24001351
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

James R. Batchelder
(CA Bar No. 136347)
(Eastern District of Texas Member)
James L. Davis, Jr.
(CA Bar No. 304830)
(Eastern District of Texas Member)
Andrew T. Radsch
(CA Bar No. 303665)
(Eastern District of Texas Member)
Christopher M. Bonny
(CA Bar No. 280554)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
james.batchelder@ropesgray.com

james.l.davis@ropesgray.com
andrew.radsch@ropesgray.com
christopher.bonny@ropesgray.com

Jolene L. Wang
(NY Bar No. 5462619)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
(212) 596-9090
jolene.wang@ropesgray.com

Attorneys for Defendants
*HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI TECHNOLOGIES CO. LTD.,*
*and HUAWEI DEVICE (SHENZEN) CO., LTD.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 8, 2019.

*/s/ Melissa R. Smith*
Melissa Smith