# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 2:18-cv-439 |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI TECHNOLOGIES CO. LTD., AND HUAWEI DEVICE (SHENZHEN) CO., LTD. | ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF READINESS FOR SCHEDULING CONFERENCE

COMES NOW Plaintiff, Harris Corporation, and files this Notice of Readiness for Scheduling Conference pursuant to the Court's Standing Order.  The Defendants in the above-captioned matter have filed a motion to dismiss, and the case is ready for a scheduling conference.

## Pending Motions

- Defendants' and Plaintiff's Joint Motion for Leave to Exceed Page Limits.  Dkt. 30.

- Defendants' Motion to Dismiss Plaintiff's Amended Complaint Under Rule 12(b)(6).  Dkt. 31.

## **Related Cases**

There are no related cases previously filed in the Eastern District of Texas involving the patents asserted here.

## **Patent Numbers**

The following seven patents are asserted in the above-captioned case:

U.S. Patent No. 6,535,227

U.S. Patent No. 6,958,986

U.S. Patent No. 6,980,537

U.S. Patent No. 7,027,426

U.S. Patent No. 7,224,678

U.S. Patent No. 7,327,690

U.S. Patent No. 7,440,572

Dated:  March 13, 2019						Respectfully Submitted,


							By: */s/ Corey Johanningmeier*

								Henry C. Bunsow
								Denise De Mory
								Christina Finn
								Robin Curtis
								Corey Johanningmeier
								Nicolas Mancuso
								**BUNSOW DE MORY LLP**
								701 El Camino Real
								Redwood City, CA 94063
								Telephone: (650) 351-7248
								Facsimile: (415) 426-4744
								hbunsow@bdiplaw.com
								ddemory@bdiplaw.com
								cfinn@bdiplaw.com
								rcurtis@bdiplaw.com
								cjohanningmeier@bdiplaw.com
								nmancuso@bdiplaw.com

								**ATTORNEYS FOR PLAINTIFF**
								**HARRIS CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) with a copy of this document via the Court's CM/ECF system.

Dated:  March 13, 2019

                                            */s/ Corey Johanningmeier*
                                            Corey Johanningmeier