# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HARRIS CORPORATION, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:18-CV-00439-JRG |
| HUAWEI DEVICE USA, INC., ET AL., | § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is Plaintiff Harris Corporation's ("Harris") and Defendants Huawei Device USA, Inc., Huawei Device Co., Ltd., Huawei Technologies USA Inc., Huawei Technologies Co. Ltd., and Huawei Device (Shenzhen) Co., Ltd.'s (collectively, "Huawei") (together, "Parties") Joint Motion for Leave to Exceed Page Limits. (Dkt. No. 30.) Therein, the Parties request a five-page increase for opening and opposition briefing and two-page increase for reply and sur-reply briefing in relation to a motion to dismiss Harris' Amended Complaint for Patent Infringement (Dkt. No. 13). (Dkt. No. 30 at 1.) *Cf* L.R. CV-7(a)(1) (setting page limits for case dispositive motions). Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that Huawei is permitted to exceed the dispositive motion page limit by five (5) pages in its motion to dismiss Huawei's Amended Complaint for Patent Infringement (Dkt. No. 13) and Harris is permitted to exceed the page limit by five (5) pages in its Response. It is further **ORDERED** that the Parties are permitted to exceed the page limits for any corresponding reply or sur-reply by an additional two (2) pages each.

**So ORDERED and SIGNED this 14th day of March, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE