IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE USA, INC., et al.,<br><br>    Defendants. | **Civil Action No.** 2:18-cv-439-JRG<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that the undersigned attorney, Elizabeth L. DeRieux, enters her appearance in this matter as counsel for Plaintiff, Harris Corporation, for the purpose of receiving notices and orders from the Court.

Dated: March 15, 2019

Respectfully submitted,

 /s/ Elizabeth L. DeRieux
Henry C. Bunsow
Denise De Mory
Christina M. Finn
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
cfinn@bdiplaw.com

Robin K. Curtis
Bunsow, De Mory, Smith & Allison LLP
351 California Street
Suite 200
San Francisco, CA 94104
415-426-4740

Fax: 415-426-4744
Email: rcurtis@bdiplaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75467
Telephone: 903-845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

**ATTORNEYS FOR PLAINTIFF
HARRIS CORPORATION**