IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Harris Corporation**, <br><br> Plaintiff, <br><br> v. <br><br> **Huawei Device USA, Inc.**, *et al.*, <br><br> Defendants. | **No. 2:18-cv-439-JRG** <br><br> Jury Trial Demanded |

## NOTICE OF ATTORNEY APPEARANCE

Please take notice that the undersigned attorney is admitted to this Court and hereby enters his appearance in this action as additional counsel of record for Defendants Huawei Device USA, Inc., Huawei Device Co., Ltd., Huawei Technologies USA, Inc., Huawei Technologies Co., Ltd., and Huawei Device (Shenzhen) Co., Ltd.  Counsel consents to electronic service of all papers in this action.

Dated:  March 18, 2019                     Respectfully submitted,

By: */s/ Steven M. Geiszler*
    Steven M. Geiszler
    Texas Bar No. 24032227
    FUTUREWEI TECHNOLOGIES, INC.
    5700 Tennyson Parkway, Suite 600
    Plano, Texas  75024
    Telephone:  469.277.5763
    steven.geiszler@huawei.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 18, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Steven M. Geiszler*
Steven M. Geiszler