# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> HUAWEI DEVICE USA, INC. § <br> HUAWEI DEVICE CO., LTD., § <br> HUAWEI TECHNOLOGIES USA INC., § <br> HUAWEI TECHNOLOGIES CO. LTD., AND § <br> HUAWEI DEVICE (SHENZEN) CO., LTD., § <br> § <br> Defendants. § <br> _____ | No. 2:18-cv-00439-JRG <br><br><br> Jury Trial Demanded |

## NOTICE OF JOINT LETTER

In compliance with the Court's Standing Order Regarding Motions Under 35 U.S.C. §101, the parties submit a joint letter attached as Exhibit A, setting forth each parties' respective specifics regarding disagreement on whether claim construction is necessary to inform the Court's decision regarding the subject matter eligibility of the asserted claims.

Dated: March 18, 2019

Respectfully submitted,

*/s/ Corey Johanningmeier*
Henry C. Bunsow
Denise De Mory
Christina Finn
Robin Curtis
Corey Johanningmeier
Nicolas Mancuso
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com

cfinn@bdiplaw.com
rcurtis@bdiplaw.com
cjohanningmeier@bdiplaw.com
nmancuso@bdiplaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, TX 75467
Telephone: 903-845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

***Attorneys for Plaintiff Harris Corporation***


*/s/ Melissa R. Smith*
James R. Batchelder
James L. Davis, Jr.
Andrew T. Radsch
Christopher M. Bonny
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
james.batchelder@ropesgray.com
james.l.davis@ropesgray.com
andrew.radsch@ropesgray.com
christopher.bonny@ropesgray.com

Jolene L. Wang
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
(212) 596-9090
jolene.wang@ropesgray.com

Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH LLP
303 S. Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

***Attorneys for Defendants***
***Huawei Device USA, Inc., Huawei Device Co., Ltd., Huawei Technologies USA Inc., Huawei***

2

*Technologies Co. Ltd. and Huawei Device (Shenzhen) Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 18th day of March, 2019, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

 */s/Melissa R. Smith*

3