IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI TECHNOLOGIES CO. LTD., AND HUAWEI DEVICE (SHENZHEN) CO., LTD.,<br><br>Defendants. | Civil Action No. 2:18-cv-439-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF P.R. 3-1 AND 3-2 DISCLOSURES

COMES NOW, Plaintiff, Harris Corporation, and notifies the Court that pursuant to P.R. 3-1, 3-2 and this Court's March 1, 2019 Order (Dkt. 23), it served its required infringement contentions and accompanying document production on counsel for Defendants via electronic mail on April 3, 2019.

Dated: April 4, 2019

Respectfully submitted,

 /s/ *Corey Johanningmeier*
Henry C. Bunsow
Denise De Mory
Christina M. Finn
Robin K. Curtis
Corey Johanningmeier
Nicolas Mancuso
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744

Email: hbunsow@bdiplaw.com
Email: ddemory@bdiplaw.com
Email: cfinn@bdiplaw.com
Email: rcurtis@bdiplaw.com
Email: cjohanningmeier@bdiplaw.com
Email: nmancuso@bdilaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75467
Telephone: 903-845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

**ATTORNEYS FOR PLAINTIFF
HARRIS CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) with a copy of this document via the Court's CM/ECF system.

Dated:  April 4, 2019

>                            */s/ Corey Johanningmeier*
>                              Corey Johanningmeier