**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HARRIS CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>HUAWEI DEVICE USA, INC.<br>HUAWEI DEVICE CO., LTD.,<br>HUAWEI TECHNOLOGIES USA INC.,<br>HUAWEI TECHNOLOGIES CO. LTD., AND<br>HUAWEI DEVICE (SHENZHEN) CO.,<br>LTD.,<br><br>        Defendants. | No. 2:18-cv-00439-JRG<br><br>Jury Trial Demanded |

<u>**JOINT MOTION FOR EXTENSION OF TIME TO FILE PROTECTIVE ORDER**</u>

Plaintiff Harris Corporation and Defendants Huawei Device USA, Inc., Huawei Device Co., Ltd., Huawei Technologies USA Inc., Huawei Technologies Co., Ltd., and Huawei Device (Shenzhen) Co., Ltd. jointly and respectfully request that the Court extend the time within which the parties are required to submit a proposed Protective Order and show the Court as follows:

Pursuant to this Court's Docket Control Order (DKT45), the deadline to jointly file a Protective Order is April 8, 2019.  The parties are working to finalize the Protective Order and respectfully request that the deadline be extended by four days, up to and including April 12, 2019. This request is supported by good cause as the parties have worked together to narrow disputes to a single issue and will continue to meet and confer on the remaining dispute in an effort to eliminate the need for Court involvement.

Date: April 8, 2019                    By:

          */s/  Melissa R. Smith*
_____

Melissa Richards Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com

James R. Batchelder
(CA Bar No. 136347)
(Eastern District of Texas Member)
James L. Davis, Jr.
(CA Bar No. 304830)
(Eastern District of Texas Member)
Andrew T. Radsch
(CA Bar No. 303665)
(Eastern District of Texas Member)
Christopher M. Bonny
(CA Bar No. 280554)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
james.batchelder@ropesgray.com
james.l.davis@ropesgray.com
andrew.radsch@ropesgray.com
christopher.bonny@ropesgray.com

Jolene L. Wang
(NY Bar No. 5462619)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
(212) 596-9090
jolene.wang@ropesgray.com

***Attorneys for Defendants***
***Huawei Device Usa, Inc., Huawei***
***Device Co., Ltd., Huawei***

2

*Technologies Usa Inc., Huawei*
*Technologies Co. Ltd.,*
*And Huawei Device (Shenzhen) Co., Ltd.*

*/s/ Corey Johanningmeier*
Henry C. Bunsow
Denise De Mory
Christina Finn
Robin Curtis
Corey Johanningmeier
Nicolas Mancuso
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
cfinn@bdiplaw.com
rcurtis@bdiplaw.com
cjohanningmeier@bdiplaw.com
nmancuso@bdiplaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75467
Telephone: 903-845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

*Attorneys for Plaintiff Harris*
*Corporation*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on  April 8, 2019.

/s/ *Melissa R. Smith*
Melissa R. Smith