**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HARRIS CORPORATION,<br><br>      Plaintiff,<br><br>vs.<br><br>HUAWEI DEVICE USA, INC.<br>HUAWEI DEVICE CO., LTD.,<br>HUAWEI TECHNOLOGIES USA INC.,<br>HUAWEI TECHNOLOGIES CO. LTD., AND<br>HUAWEI DEVICE (SHENZHEN) CO., LTD.,<br><br>      Defendants. | No. 2:18-cv-00439-JRG<br><br>Jury Trial Demanded |

**NOTICE OF COMPLIANCE REGARDING
<u>INITIAL DISCLOSURES</u>**

      Defendants Huawei Device USA, Inc., Huawei Device Co., Ltd., Huawei Technologies USA Inc., Huawei Technologies Co., Ltd., and Huawei Device (Shenzhen) Co., Ltd. hereby notify the Court that pursuant to the Court's Docket Control Order [Dkt. 45], they have served their Initial Disclosures upon counsel for Plaintiff via electronic mail on April 8, 2019.

Dated:  April 9, 2019                           Respectfully submitted,

                                                      */s/ Melissa R. Smith*
                                                      Melissa R. Smith
                                                      State Bar No. 24001351
                                                      melissa@gillamsmithlaw.com
                                                      **GILLAM & SMITH, LLP**
                                                      303 South Washington Avenue
                                                      Marshall, Texas 75670
                                                      Telephone:  (903) 934-8450
                                                      Facsimile:  (903) 934-9257

James R. Batchelder
(CA Bar No. 136347)
(Eastern District of Texas Member)
James L. Davis, Jr.
(CA Bar No. 304830)
(Eastern District of Texas Member)
Andrew T. Radsch
(CA Bar No. 303665)
(Eastern District of Texas Member)
Christopher M. Bonny
(CA Bar No. 280554)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
james.batchelder@ropesgray.com
james.l.davis@ropesgray.com
andrew.radsch@ropesgray.com
christopher.bonny@ropesgray.com

Jolene L. Wang
(NY Bar No. 5462619)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
(212) 596-9090
jolene.wang@ropesgray.com

*Attorneys for Defendants*
*Huawei Device Usa, Inc., Huawei*
*Device Co., Ltd., Huawei*
*Technologies Usa Inc., Huawei*
*Technologies Co. Ltd.,*
*And Huawei Device (Shenzhen) Co., Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 9th day of April, 2019, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith
