IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI TECHNOLOGIES CO. LTD., AND HUAWEI DEVICE (SHENZHEN) CO., LTD.,<br><br>    Defendants. | **Civil Action No.** 2:18-cv-439-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF INITIAL DISCLOSURES

COMES NOW, pursuant to the Court's Docket Control Order (Dkt. #45) and Discovery Order (Dkt. #44), Plaintiff Harris Corporation ("Plaintiff") notifies the Court that it served its Initial Disclosures and accompanying document production on counsel for Defendants via electronic mail on April 8, 2019.

Dated: April 9, 2019

Respectfully submitted,

 */s/ Corey Johanningmeier*
Henry C. Bunsow
Denise De Mory
Christina M. Finn
Robin K. Curtis
Corey Johanningmeier
Nicolas Mancuso
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744

Email: hbunsow@bdiplaw.com
Email: ddemory@bdiplaw.com
Email: cfinn@bdiplaw.com
Email: rcurtis@bdiplaw.com
Email: cjohanningmeier@bdiplaw.com
Email: nmancuso@bdilaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75467
Telephone: 903-845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

**ATTORNEYS FOR PLAINTIFF
HARRIS CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) with a copy of this document via the Court's CM/ECF system.

Dated:  April 9, 2019

                                                */s/ Corey Johanningmeier*
                                                   Corey Johanningmeier