IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HARRIS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2:18-cv-439 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI TECHNOLOGIES CO. LTD., AND HUAWEI DEVICE (SHENZHEN) CO., LTD. | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT MOTION TO ENTER UNDISPUTED PROTECTIVE ORDER**

Plaintiff Harris Corporation, and Defendants Huawei Device USA Inc., Huawei Device Co., Ltd., Huawei Technologies USA Inc., Huawei Technologies Co., Ltd., and Huawei Device (Shenzhen) Co., Ltd. hereby jointly and respectfully move the Court to enter a Protective Order to govern this case.  The parties have met and conferred in good faith and agreed on all aspects of the proposed Agreed Protective Order, which is attached hereto as Exhibit A.

WHEREFORE, the parties jointly and respectfully request that the Court grant their Joint Motion and enter the Agreed Protective Order, attached as Exhibit A, to govern this case.

Dated:  April 12, 2019               Respectfully Submitted,


                                     By:  /s/ *Corey Johanningmeier*

                                     S. Calvin Capshaw
                                     State Bar No. 03783900
                                     Elizabeth L. DeRieux
                                     State Bar No. 05770585
                                     **CAPSHAW DERIEUX, LLP**
                                     114 E. Commerce Ave.
                                     Gladewater, TX 75467
                                     Telephone: 903-845-5770
                                     Email: ccapshaw@capshawlaw.com
                                     Email: ederieux@capshawlaw.com

                                     Henry C. Bunsow
                                     Denise De Mory
                                     Christina Finn
                                     Robin Curtis
                                     Corey Johanningmeier
                                     Nicolas Mancuso
                                     **BUNSOW DE MORY LLP**
                                     701 El Camino Real
                                     Redwood City, CA 94063
                                     Telephone: (650) 351-7248
                                     Facsimile: (415) 426-4744
                                     hbunsow@bdiplaw.com
                                     ddemory@bdiplaw.com
                                     cfinn@bdiplaw.com
                                     rcurtis@bdiplaw.com
                                     cjohanningmeier@bdiplaw.com
                                     nmancuso@bdiplaw.com

                                     Attorneys for Plaintiff
                                     HARRIS CORPORATION



Dated:  April 12, 2019               Respectfully Submitted,


                                     By:  /s/ *Andrew Radsch*

                                     Melissa R. Smith
                                     Texas State Bar No. 24001351

2

**GILLAM & SMITH LLP**
303 S. Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

James R. Batchelder
James L. Davis, Jr.
Andrew T. Radsch
Christopher M. Bonny
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
james.batchelder@ropesgray.com
james.l.davis@ropesgray.com
andrew.radsch@ropesgray.com
christopher.bonny@ropesgray.com

Jolene L. Wang
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
(212) 596-9090
jolene.wang@ropesgray.com

Attorneys for Defendants
HUAWEI DEVICE USA, INC.,
HUAWEI DEVICE CO., LTD.,
HUAWEI TECHNOLOGIES USA INC.,
HUAWEI TECHNOLOGIES CO. LTD., AND
HUAWEI DEVICE (SHENZHEN) CO., LTD.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) with a copy of this document via the Court's CM/ECF system.

Dated:  April 12, 2019

By: /s/ *Corey Johanningmeier*

Henry C. Bunsow
Denise De Mory
Christina Finn
Robin Curtis
Corey Johanningmeier
Nicolas Mancuso
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
cfinn@bdiplaw.com
rcurtis@bdiplaw.com
cjohanningmeier@bdiplaw.com
nmancuso@bdiplaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75467
Telephone: 903-845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Attorneys for Plaintiff
HARRIS CORPORATION