IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION,<br><br>　　　*Plaintiff,*<br><br>v.<br><br>HUAWEI DEVICE USA, INC., *et al.*,<br><br>　　　*Defendants.* | Civil Action No. 2:18-cv-439-JRG |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Christopher M. Bonny of Ropes & Gray LLP enters his appearance on behalf of Defendants Huawei Device USA, Inc., Huawei Device Co., Ltd., Huawei Technologies Co. Ltd., Huawei Technologies USA Inc., and Huawei Device (Shenzhen) Co., Ltd. in this matter as additional counsel.

Christopher M. Bonny may receive all communications from the Court and from other parties at Ropes & Gray LLP, 1900 University Avenue, 6th Floor, East Palo Alto, CA 94303; Telephone: (650) 617-4011; Facsimile: (650) 566-4268 ; email Christopher.Bonny@ropesgray.com.

Dated:  April 16, 2019                                        Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Christopher M. Bonny*
　　　　　　　　　　　　　　　　　　　　　　　　Christopher M. Bonny
　　　　　　　　　　　　　　　　　　　　　　　　CA State Bar No. 280554
　　　　　　　　　　　　　　　　　　　　　　　　ROPES & GRAY LLP
　　　　　　　　　　　　　　　　　　　　　　　　1900 University Avenue, 6th Floor
　　　　　　　　　　　　　　　　　　　　　　　　East Palo Alto, CA 94303
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (650) 617-4794
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (650) 566-4147
　　　　　　　　　　　　　　　　　　　　　　　　Email: Christopher.Bonny@ropesgray.com

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 16th day of April, 2019, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                    */s/ Christopher M. Bonny*
                                                    Christopher M. Bonny