# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

|  |  |  |
|---|---|---|
| HARRIS CORPORATION, | ) | Civil Action No. 2:18-cv-00439-JRG |
|  | ) |  |
| Plaintiff / Counterclaim-Defendants, | ) |  |
|  | ) |  |
| v. | ) | **JURY TRIAL DEMANDED** |
|  | ) |  |
| HUAWEI DEVICE USA, INC. | ) |  |
| HUAWEI DEVICE CO., LTD., | ) |  |
| HUAWEI TECHNOLOGIES USA INC., | ) |  |
| HUAWEI TECHNOLOGIES CO. LTD., AND | ) |  |
| HUAWEI DEVICE (SHENZHEN) CO., LTD., | ) |  |
|  | ) |  |
| Defendants / Counterclaim-Plaintiffs. | ) |  |

## NOTICE OF ADDITIONAL ATTACHMENT

Defendants Huawei Device USA, Inc., Huawei Device Co. Ltd., Huawei Technologies USA Inc., Huawei Technologies Co. Ltd., and Huawei Device (Shenzhen) Co. Ltd. hereby submit the attached exhibits 1-5 as additional attachments to their Answer, Affirmative Defenses, and Counterclaims to Plaintiff's Amended Complaint for Patent Infringement (DKT56).

Dated:  April 26, 2019

*/s/ Melissa R. Smith*
Melissa R. Smith
**GILLAM & SMITH, LLP**
TX State Bar No. 24001351
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

James R. Batchelder
(CA Bar No. 136347)
(Eastern District of Texas Member)
James L. Davis, Jr.

(CA Bar No. 304830)
(Eastern District of Texas Member)
Andrew T. Radsch
(CA Bar No. 303665)
(Eastern District of Texas Member)
Christopher M. Bonny
(CA Bar No. 280554)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
james.batchelder@ropesgray.com
james.l.davis@ropesgray.com
andrew.radsch@ropesgray.com
christopher.bonny@ropesgray.com

Kevin J. Post
(NY Bar No. 4382214)
(Eastern District of Texas Member)
Alexander E. Middleton
(NY Bar No. 4797114)
(Eastern District of Texas Member)
Jolene L. Wang
(NY Bar No. 5462619)
(Eastern District of Texas Member)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile; (212) 596-9090
jolene.wang@ropesgray.com

Attorneys for Defendants-Counterclaimants
HUAWEI DEVICE USA, INC.,
HUAWEI DEVICE CO., LTD.,
HUAWEI TECHNOLOGIES USA INC.,
HUAWEI TECHNOLOGIES CO. LTD., and
HUAWEI DEVICE (SHENZHEN) CO., LTD.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 26, 2019.

/s/  Melissa R. Smith
Melissa R. Smith