# EXHIBIT 2

US008416892B2

(12) **United States Patent**

Mauritz

(10) **Patent No.:** **US 8,416,892 B2**

(45) **Date of Patent:** **Apr. 9, 2013**

(54) **METHOD AND APPARATUS OF TRANSMITTING A RANDOM ACCESS PREAMBLE**

(75) Inventor: **Oskar Mauritz**, Stockholm (SE)

(73) Assignee: **Huawei Technologies Co., Ltd.**, Shenzhen (CN)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/291,727**

(22) Filed: **Nov. 8, 2011**

(65) **Prior Publication Data**

US 2012/0051292 A1    Mar. 1, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 12/605,616, filed on Oct. 26, 2009, which is a continuation of application No. PCT/CN2008/070768, filed on Apr. 22, 2008.

(30) **Foreign Application Priority Data**

Apr. 30, 2007    (CN) .......................... 2007 1 0074200

(51) **Int. Cl.**
    *H03D 1/00*        (2006.01)
(52) **U.S. Cl.**
    USPC ............ **375/343**; 375/146; 375/147; 375/267
(58) **Field of Classification Search** ................... 375/314,
                            375/246, 253, 240.247
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,963,600 B1    11/2005 Fan et al.
7,720,161 B1 *  5/2010 Dogan et al. .................. 375/259

7,738,356 B2    6/2010 Kim
7,778,151 B2 *  8/2010 Bertrand et al. .............. 370/208
7,792,212 B2 *  9/2010 Lee et al. ...................... 375/295
8,098,745 B2 *  1/2012 Bertrand et al. .............. 375/260
2004/0001529 A1  1/2004 Cai
2005/0103168 A1  5/2005 Wei
2008/0235314 A1  9/2008 Lee
2010/0074372 A1  3/2010 Mauritz

FOREIGN PATENT DOCUMENTS

CN            1297628 A      5/2001

OTHER PUBLICATIONS

English Translation of the Written Opinion of the International Search Authority for International application No. PCT/CN2008/070768,mailed Jul. 31, 2008, total 3 pages.
International Search Report for International application No. PCT/CN2008/070768,mailed Jul. 31, 2008, total 4 pages.
QUALCOMM European,"RACH Sequence Structure and Evaluation," 3GPP TSG-RAN WG1;R1-062048 Tallinn Estonia,Aug. 28-Sep. 1, 2006,4 pages.
LGE ,"RACH Sequence Design Based on Repetition Method",3GPP TSG    RAN1    LTE    WG1    Meeting    #46bits;R1-062556;Seoul,Korea,Oct. 9-13, 2006,8 pages.

(Continued)

*Primary Examiner* — Daniel Washburn
*Assistant Examiner* — Qutbuddin Ghulamali

(57)        **ABSTRACT**

Method and apparatus are provided for transmitting a random access preamble in a mobile communication system. The preamble is selected from a set of random access preambles provided with Zero Correlation Zones of length $N_{CS}-1$, where $N_{CS}$ is a cyclic shift increment selected from a set of cyclic shift increments $\{0, 13, 15, 18, 22, 26, 32, 38, 46, 59, 76, 93, 119, 167, 279, 419\}$, and transmitted.

**20 Claims, 3 Drawing Sheets**



**US 8,416,892 B2**

Page 2

OTHER PUBLICATIONS

European Patent Office Communication including,pursuant to Rule 62 EPC,the supplementary European search report (Art. 153(7)EPC)and the European search opinion for application No. 0873126.9.dated Jul. 6, 2010,total 6 pages.

Huawei,"Specification of restricted set of cyclic shifts of root Zadoff-Chu sequences",TSG RAN WG1 meeting #48bis; R1-071408,St. Julian's, Malta, Mar. 26-30, 2007,4 pages.

Panasonic,"RACH sequence indication method on BCH",3GPP TSG RAN WG1 Meeting #48bis;R1-071519,St. Julians, Malta, Mar. 26-30, 2007,3 pages.

LG Electronics Inc.,"Design for restricted set of cyclic shifts",3GPP TSG RAN WG1 #48bis;St. Julians, Malta, Mar. 26-30, 2007,3 pages.

First Examination Report issued by IP Australia for application No. 2008247204,dated Jul. 26, 2010,1 page.

"Outstanding Issues in Random Access Preamble Design for E-UTRA" St.Julian's,Malta,Mar. 26-30, 2007;3GPP TSG RAN WG 1 #48bits;pp. 1-6.

"3rd Generation Partnership Project :Technical Specification Group Radio Access Network;Physical Channels and Modulation(Release 8)",3GPP Organizational Partners;3GPP TS 36.211 v1.0.0(Mar. 2007);pp. 1-30.

"On Construction and Signaling of RACH Preambles",Nokia, Siemens,St.Julian's,Malta,Mar. 26-30, 2007;3GPP TSG RAN WG 1 #48bits;R1-071661;pp. 1-2.

Qingmei Liang et al.: "A Novel Spreading Sequence Set Applied in Qua si2synchronous CDMA Systems," dated May 2006, 5 pages total.

Office action issued in corresponding U.S. Appl. No. 12/605,616, dated Sep. 19, 2012, 20 pages total.

Branislav M. Popovic, "Generalized Chirp-Like Polyphase Sequences with Optimum Correlation Properties," IEEE Transactions on Information Theory, Vol. 38, No. 4, July 1992, total 4 pages.

Branislav M. Popovic, "Efficient Matched Filter for the Generalized Chirp-Like Polyphase Sequences", IEEE Transactions on Aerospace and Electronic Systems, Vol. 30, No. 3, July 1994, total 9 pages.

* cited by examiner



S101

The length of the root sequence is determined

S102

A set of  ZCZ lengths is selected so that, for any cell radius, the maximum number of preambles obtained from a ZCZ length which is selected from the selected set of ZCZ lengths, and is applicable to the cell and capable of determining a maximum number of preambles, is closest to the maximum number of preambles obtained from a ZCZ length which is selected from the set of all integers, and is applicable to the cell and capable of determining a maximum preamble number, wherein the maximum number of preambles is determined from the length of  a root sequence and a ZCZ length selected.

**Fig. 1**



**Fig. 2**



**Fig. 3**



**Fig. 4**



**Fig. 5**

US 8,416,892 B2

**1**

## METHOD AND APPARATUS OF TRANSMITTING A RANDOM ACCESS PREAMBLE

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 12/605,616, filed on Oct. 26, 2009, which is a continuation of International Patent Application No. PCT/ CN2008/070768, filed on Apr. 22, 2008, which claims priority to Chinese Patent Application No. 200710074200.1, filed on Apr. 30, 2007, all of which are incorporated by reference herein in their entireties.

### TECHNICAL FIELD

The disclosure relates to the technology of mobile communication, and more particularly, to a method, an apparatus and a mobile communication system of selecting and transmitting a Random Access Preamble (RAP).

### BACKGROUND

In a mobile communication system, a Random Access Preamble is normally transmitted to a base station by a mobile terminal to initiate the random access procedure and to enable synchronization of the mobile terminal with the base station.

There are 64 preambles in each cell in the document entitled "3GPP TS 36.211 v1.0.0—Physical Channels and Modulation" which was published in March 2007. When initiating a random access procedure, a mobile terminal transmits one of the 64 preambles. A message is transmitted to a base station by the mobile terminal selecting a particular preamble.

Before transmitting the preamble, a mobile terminal must synchronize to the carrier frequency and the frame timing of a base station to become downlink synchronized. Although the mobile terminal is downlink synchronized, there is uncertainty when a signal transmitted by the mobile terminal arrives at the base station. This is because a mobile terminal far away from the base station will receive downlink signals with a larger delay than a mobile terminal close to the base station, and the transmitted signals in the uplink will take a longer time to propagate to the base station for a mobile terminal which is far away from the base station compared to the signals from a mobile terminal close to the base station. The uncertainty in round trip time causes interference between uplink signals transmitted by different mobile terminals unless uplink synchronization is performed before data transmission in uplink.

The transmission of any of the RAPs allows a base station to estimate the time of arrival of an uplink signal. The base station can then, based on the time of arrival estimate, transmit a time advance command to a mobile terminal to ensure uplink synchronization. Hence, once a preamble is transmitted by a mobile terminal, the base station may detect which preamble has been transmitted and estimate the time of arrival.

To obtain good detection properties of the preambles, or to accurately estimate the time of arrival of the uplink signal, the set of preambles should be designed to have good autocorrelation and cross-correlation properties.

The set of RAPs in Evolved UTRA (E-UTRA) is defined from one or several root sequences. A subset of the preambles $x_{u,v}(k)$ is generated from the $u^{th}$ order root Zadoff-Chu (ZC) sequence $x_u(k)$ by cyclic shifts of a plurality of the shift

**2**

increments $N_{CS}$. Specifically, $x_{u,v}(k)$ may be generated according to the equation below:

$$x_{u,v}(k)=x_{u,v}((k+vN_{CS}) \bmod N_{ZC}) \tag{1}$$

where v is an integer, and $N_{ZC}$ is the length of the ZC sequence

$$x_u(k)=W^{uk(k+1)/2}, k=0,1,\ldots,N_{ZC}-1, W=e^{-j2\pi/N_{ZC}}, j=\sqrt{-1} \tag{2}$$

The number of preambles that may be generated from a single root sequence is $\lfloor N_{ZC}/N_{CS} \rfloor$, where $\lfloor n \rfloor$ denotes the largest integer not greater than n. If $N_{pre}<64$, then several preamble subsets generated from different root sequences are required to obtain 64 preambles in a cell. The cross-correlation between different root sequences is small but still larger than the cross-correlation between sequences generated by a single root sequence. Thus it is beneficial for the detection performance to have $N_{pre}=64$ if $N_{pre}$ could not be set greater.

The number of ZC sequences contained in each set of ZC sequences with length of $N_{ZC}$ is $N_{ZC}-1$. If the number of root sequences for obtaining the 64 preambles of a cell is $N_r$, $N_r=\lceil 64/N_{pre} \rceil$, where $\lceil n \rceil$ denotes the minimal integer not smaller than n, then the number of disjoint sets is $N_D=\lfloor (N_{ZC}-1/N_r \rfloor$. Different cells in a network should make use of preambles obtained from disjoint sets of root sequences, so that the base station knows whether a transmitted preamble is intended for a certain cell or not. The larger the number of root sequences $N_r$ that is needed for obtaining 64 preambles in a cell, the smaller is the number of disjoint sets of RAPs $N_D$. Thus, from a network planning perspective, it is desirable to have $N_{pre}=64$, and if that is not possible, to have as high value as possible of $N_{pre}$.

A subset of preambles generated with equation (1) is a set of so-called Zero-Correlation Zone (ZCZ) sequences. The definition for a set of ZCZ sequences is as follows: a set of M sequences $\{d_v(k)\}$, $v=0, 1, \ldots, M-1$, $k=0, 1, \ldots, N-1$, of length N, is said to be a set of ZCZ sequences, if all the sequences in the set satisfy the following autocorrelation and cross-correlation properties:

The periodic autocorrelation function $\Sigma_{k=0}^{N-1} d_v(k) d_v^*((k+p) \bmod N)$ is zero for all p such that $0<|p|\leq T$, and the periodic cross-correlation function $\Sigma_{k=0}^{N-1} d_v(k) d_w^*((k+p) \bmod N)$ is zero for all p such that $|p|\leq T$ (including p=0), where T is the length of the ZCZ.

A ZC sequence has ideal periodic autocorrelation when, for example, $\Sigma_{k=0}^{N-1} x_u(k) x_u^*((k+p) \bmod N)$ is zero for all nonzero p. Thus the set of preambles defined as cyclic shifts of the root sequence according to equation (1) is a set of ZCZ sequences, where the ZCZ length is $T=N_{CS}-1$.

Based on $N_{pre}=\lfloor N_{ZC}/N_{CS} \rfloor$, $N_{CS}$ should be as small as possible in order to make $N_{pre}$ be as great as possible. But the value of $N_{CS}$ should not be too small. In a base station a bank of correlators are used when receiving RAPs, so that there is one correlator for each preamble. Each correlator outputs time of arrival from 0 to $T \times T_S=(N_{CS}-1) \times T_s$, where $T_s$ is the symbol period of the sequence. The ZCZ property of the set of preambles implies that the correlator for any preamble will give a zero output if any other preamble is transmitted as long as the sum of the round trip time and delay spread in the cell is less than or equal to the product of the length of ZCZ and $T_s$ (i.e., $T \times T_s$). The maximum round trip time $T_r$ in a cell is given by the cell radius R: $T_r=2R/c$, where c is the speed of light. Thus, the minimum value of the length of ZCZ and the minimum value of $N_{CS}$ length for a certain cell increase with the cell radius. Therefore, the value of the selected $N_{CS}$ should be large enough to ensure that the conditions mentioned above are satisfied.

Since the cell radius to be supported in E-UTRA is from 1 km to 100 km, and since $N_{CS}$ should be as small as possible

US 8,416,892 B2

3

for any given cell, there is a need for multiple values of $N_{CS}$. The value of an $N_{CS}$ in a cell is broadcast to a mobile terminal by a base station. Of course, the base station may broadcast the length of ZCZ to the mobile terminal, so that the mobile terminal knows how to generate preambles. It is desirable to have as small amount of signaling as possible on the broadcast channel to save overload. Therefore, to achieve low signaling overload, there should be a limited predefined set of values of $N_{CS}$ or a set of lengths of ZCZ.

It is proposed in the 3GPP Tdoc "R1-071061—On construction and signaling of RACH preambles" disclosed in March 2007 that, the cyclic shift increment value $N_{CS}$ in the cell was proposed to be signalled to the UE but there was no restriction on the values of the cyclic shift increment, which would then give rise to a substantial amount of signalling. An alternative proposal is given in the 3GPP Tdoc "R1-071471— Outstanding issues in random access preamble design for E-UTRA" disclosed in March 2007, which is to have 11 values of $N_{CS}$ without specification how to select the values. However, it is not described in these documents how to select the lengths of ZCZ. Currently there is no feasible scheme for selecting an appropriate limited set of ZCZ lengths, in order to ensure a small and limited signaling overload.

SUMMARY

In one aspect, an embodiment of the disclosure provides a method of selecting and transmitting a random access preamble in a mobile communication system. A random access preamble is selected from a set of random access preambles and transmitted, wherein the set of random access preambles is provided with Zero Correlation Zones of length $N_{CS}-1$, the $N_{CS}$ is a cyclic shift increment selected from a set of cyclic shift increments {0, 13, 15, 18, 22, 26, 32, 38, 46, 59, 76, 93, 119, 167, 279, 419}.

In another aspect, an embodiment of the disclosure provides an apparatus that includes a processor configured to select a random access preamble from a set of random access preambles and transmit the selected random access preamble, wherein the set of random access preambles is provided with Zero Correlation Zones of length $N_{CS}-1$, the $N_{CS}$ is a cyclic shift increment selected from a set of cyclic shift increments {0, 13, 15, 18, 22, 26, 32, 38, 46, 59, 76, 93, 119, 167, 279, 419}.

In another aspect, an embodiment of the disclosure provides a method of receiving a random access preamble in a mobile communication system. The method provides for receipt of an uplink signal that includes a random access preamble, estimating a time of arrival of the uplink signal, and transmitting a time advance based on the time of arrival, wherein the random access preamble is selected from a set of random access preambles provided with Zero Correlation Zones of length $N_{CS}-1$, where $N_{CS}$ is a cyclic shift increment selected from a set of cyclic shift increments {0, 13, 15, 18, 22, 26, 32, 38, 46, 59, 76, 93, 119, 167, 279, 419}.

In another aspect, an embodiment of the disclosure provides an apparatus that includes a processor configured to receive an uplink signal having a random access preamble, estimate a time of arrival of the uplink signal and transmit a time advance based on the time of arrival. The random access preamble is selected from a set of random access preambles provided with Zero Correlation Zones of length $N_{CS}-1$, wherein $N_{CS}$ is a cyclic shift increment selected from a set of cyclic shift increments {0, 13, 15, 18, 22, 26, 32, 38, 46, 59, 76, 93, 119, 167, 279, 419}.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a flow chart illustrating an method embodiment of the disclosure;

4

FIG. 2 is a diagram illustrating the relationship between the maximum number of preambles and the cell radius according to an embodiment of the disclosure;

FIG. 3 is a diagram illustrating the value of maximum relative difference in the cell radius interval k according to an embodiment of the disclosure;

FIG. 4 is a block diagram of the base station according to an embodiment of the disclosure; and

FIG. 5 is a diagram illustrating the mobile communication system according to an embodiment of the disclosure.

DETAILED DESCRIPTION

The general solution of an embodiment of the disclosure is described first, incorporating FIG. 1. As illustrated in FIG. 1, the embodiment includes:

Step 101: The length of the root sequence is determined;

Step 102: A set of ZCZ lengths is selected so that, for any cell radius, the maximum number of preambles determined from a ZCZ length is selected from the selected set of ZCZ lengths, is applicable to the cell and capable of determining a maximum number of preambles, is closest to the maximum number of preambles obtained from a ZCZ length which is selected from the set of all integers and is applicable to the cell and capable of determining a maximum number of preambles, wherein the maximum number of preambles is determined from the length of the root sequence and a ZCZ length selected.

In an embodiment of the disclosure, it should be ensured that the product of a ZCZ length and the symbol period of the sequence is greater than the sum of the round trip time and the delay spread of a cell, i.e., $T \times T_s > T_r + T_d$, in which, $T$ is the length of ZCZ, $T_s$ is the symbol period, $T_r$ is the round trip time, and $T_d$ is the delay spread.

Since the maximum round trip time $T_r$ in a cell is determined by the cell radius R, i.e., $T_r = 2R/c$, where c is the speed of light, $T \times T_s > T_r + T_d$ may be rewritten as $T \times T_s > 2R/c + T_d$.

Furthermore, since $T = N_{CS}-1$, $T \times T_s > 2R/c + T_d$ may be rewritten as $(N_{CS}-1) \times T_s > 2R/c + T_d$. Therefore, $N_{CS} > 1 + (2R/c + T_d)/T_s$.

Additionally, since $N_{pre} = \lfloor N_{ZC}/N_{CS} \rfloor$, $N_{pre} < \lfloor N_{ZC}/(1 + (2R/c + T_d)/T_s) \rfloor$. Thus, $N_{pre}$ may be a function of the cell radius R. Of course, the cell radius may also be varying; and the value of $N_{pre}$ decreases as the value of $N_{CS}$ increases.

In an embodiment of the disclosure, a limited set of $N_{CS}$ values is constructed, i.e., for a certain cell radius, the $N_{pre}$ corresponding to the minimum $N_{CS}$ value which is selected from the limited set and is applicable to the cell, is closest to the $N_{pre}$ corresponding to the minimum $N_{CS}$ value which is selected from the set of all integers and is applicable to the cell. Furthermore, a maximum relative difference may be constructed from $N_{pre}$. This maximum relative difference is between the $N_{pre}(R)$, which is determined from the minimum $N_{CS}$ value from the set of integers and is applicable to the cell, and the $N_{pre}(R)$, which is determined from the minimum $N_{CS}$ value selected from the limited set and is applicable to the cell. If the finally determined or selected limited set is such a set that the maximum relative difference between the $N_{pre}(R)$, which is determined from the minimum $N_{CS}$ value selected from the set of integers and is applicable to the cell, and the $N_{pre}(R)$, which is determined from the minimum $N_{CS}$ value selected from the limited set and is applicable to the cell, is minimized in a cell of any radius.

As illustrated in FIG. 2, curve A indicates that for any one cell radius, an integer from the set of all integers may be selected as $N_{CS}$ of the cell, wherein a maximum number of preamble sequences may be generated based on the integer

US 8,416,892 B2

5

selected, and the generated preamble sequences are applicable to the cell. Curve B indicates a set of $N_{CS}$ including a limited number of $N_{CS}$. When the limited number of $N_{CS}$ is applied in cells of all radii, within a certain interval of cell radii, a same $N_{CS}$ will be used for all cell radii. Thus, the $N_{CS}$ should be determined according to the maximum cell radius in the interval of cell radii. Compared with A, the preamble number generated according to B decreases.

Under these conditions, if the selected limited set ensures that the maximum relative difference between the $N_{pre}(R)$ determined from a $N_{CS}$ value selected from any integer and the $N_{pre}(R)$ determined from a $N_{CS}$ value selected from the limited set is minimized, and it is assumed that the $N_{pre}(R)$ determined from a $N_{CS}$ value selected from any integer is A(R) and the $N_{pre}(R)$ determined from a $N_{CS}$ value selected from the limited set is B(R), then A(R) and B(R) are respectively illustrated in FIG. 2.

As seen from FIG. 2, there is a small deviation between A(R) and B(R). For a certain cell radius R, the deviation of B(R) from A(R) for some cell radius R may increase the number of required root sequences for that cell radius R. The increase of the number of root sequences becomes very important for large cell radii where $N_{pre}$ is small. For example, if A(R)=3 and B(R)=2, the number of root sequences increases significantly, from $\lceil 64/3 \rceil$=22 to $\lceil 64/2 \rceil$=32. An appropriate measure of the deviation of B from A should therefore weigh the difference A-B with higher weight for small $N_{pre}$, e.g., by considering the maximum relative difference between A(R) and B(R), i.e., [A(R)−B(R)]/A(R). We will adopt the maximum relative difference between A(R) and B(R) over all cell radii as the measurement of the deviation of B(R) from A(R), and find a set of $N_{CS}$ values that minimizes this measurement. This set may consist of one $N_{CS}$=0 and K+1 non-zero $N_{CS}$ values. The total number of $N_{CS}$ values in the set is K+2.

For example, in a relatively small cell, it would be possible to generate 64 ZCZ preambles from a single root sequence if $N_{CS}$=$\lceil N_{ZC}/64 \rceil$. This value is the smallest value in the set $N_{CS}(k)$.

The maximum value, $N_{CS}(K)$, is the one that allows for having 2 ZCZ sequences from a set single root sequence, so it is $\lfloor N_{ZC}/2 \rfloor$.

For the largest cells there is only one RAP generated from each root sequence. Therefore, $N_{CS}(K+1)$=0.

The maximum relative difference between A(R) and B(R), i.e., [A(R)−B(R)]/A(R), is non-increasing with radius R within the interval of [(r(k−1), r(k)] and the interval being k, as illustrated in FIG. 2. In FIG. 2, r(k) denotes the kth cell radius arranged orderly from small ones to large ones. The reason is that B(R) is constant in the interval, whereas A is inversely proportional to the smallest possible $N_{CS}$ for given R. This value of $N_{CS}$ increases with the round trip time and hence with R.

If it is assumed that the maximum number of preamble sequences of the set A(R) is $N_{pre}(k−1)−1$ in the cell radius interval of [(r(k−1), r(k)], the maximum number of preamble sequences of the set B(R) generated in this interval associate with the cell radius r(k), i.e., maximum number of preamble sequences is $N_{pre}(k)$. The maximum relative difference $D_k$ in the interval k may be obtained from the following equation:

$$D_k = \frac{N_{pre}(k-1)-1-N_{pre}(k)}{N_{pre}(k-1)-1}$$

6

If $D_k$ and $N_{pre}(k−1)$ are given, $N_{pre}(k)$ may be obtained by rearranging the above equation, i.e.:

$$N_{pre}(k)=(1-D_k)(N_{pre}(k-1)-1)$$

The maximum relative difference $D_{max}$ for all cell radii may be given by $D_{max}=\max \{D_k\}_{k=1}^{K}$.

For $N_{pre}(k)$, we will first allow $N_{pre}(k)$ to be a real number, and then round the result to the nearest integer. Additionally, $N_{pre}(0)$ and $N_{pre}(K)$ are fixed.

Then $D_{max}$ is minimized if all $D_k$ are equal, i.e. $D_k$=D, k=1, 2, . . . , K, as will be proved in the following.

A set of values, $\{N_{pre}^{(1)}(k)\}_{k=0}^{K}$, is constructed with the constraint that $N_{pre}^{(1)}(k)=N_{pre}(k)$ for k=0 and k=K, so that $D_k^{(1)}$=D, k=1, 2, . . . , K. For this set, $D_{max}$=D.

Next, another set of values, $\{N_{pre}^{(2)}(k)\}_{k=0}^{K}$, is constructed with the constraint that $N_{pre}^{(2)}(k)=N_{pre}(k)$ for k=0 and k=K, so that $D_{max}$<D, i.e. $D_k^{(2)}<D_k^{(1)}$, k=1, 2, . . . , K.

When k=1, since $D_k^{(2)}<D_k^{(1)}$ and $N_{pre}^{(2)}(0)=N_{pre}^{(1)}(0)=N_{pre}^{(2)}(1)>N_{pre}^{(1)}(1)$ is obtained according to $N_{pre}(k)=(1-D_k)(N_{pre}(k-1)-1)$.

When k=2, since $D_2^{(2)}<D_2^{(1)}$ and $N_{pre}^{(2)}(1)>N_{pre}^{(1)}(1)$, $N_{pre}^{(2)}(2)>N_{pre}^{(1)}(2)$ is obtained according to $N_{pre}(k)=(1-D_k)(N_{pre}(k-1)-1)$.

Similarly, for all k, since $N_{pre}^{(2)}(K)=N_{pre}^{(1)}(K)=N_{pre}(K)$, $N_{pre}^{(2)}(k)>N_{pre}^{(1)}(k)$ is impossible.

Thus, it is impossible to construct a set of values $N_{pre}(k)$ such that $D_{max}$<D, which proves that $D_{max}$ is minimized if all $D_k$ are equal, i.e. $D_k$=D, k=1, 2, . . . , K.

In this way, the set of values $\{N_{pre}(k)\}_{k=0}^{K}$ which minimizes $D_{max}$ may be found.

Replacing $D_k$ by D in $N_{pre}(k)=(1-D_k)(N_{pre}(k-1)-1)$ and rearranging the equation, a linear difference equation is obtained as follows:

$$N_{pre}(k)-aN_{pre}(k-1)=-a, \text{ wherein } a=(1-D).$$

By recursion, it is obtained from the above equation:

$$N_{pre}(k) = N_{pre}(0)a^k + \frac{a}{1-a}(a^k-1) \qquad (3)$$

From the above equation and the boundary conditions $N_{pre}(0)$ and $N_{pre}(K)$, a may be determined numerically.

For example, the maximum number of preambles generated from one root sequence is 64, i.e., $N_{pre}(0)$=64. The minimum number of preamble obtained by cyclic shift is 2, for example, $N_{pre}(14)$=2. Thus, a=0.856 may be obtained from these two parameters, and all $N_{pre}(k)$, k=1, 2, . . . may further be obtained.

The maximum relative difference is minimized through an approximate minimization by a sub-optimal algorithm, i.e., by minimizing the maximum relative difference for fictive real-valued maximum number of ZCZ RAPs, and the maximum number of the ZCZ RAPs is thereafter quantized. The method is specified below.

By first rounding the fictive real-valued $N_{pre}(k)$ in

$$N_{pre}(k) = N_{pre}(0)a^k + \frac{a}{1-a}(a^k-1),$$

the following equation is obtained:

$$N_{CS}(k)=\lfloor N_{ZC}/[N_{pre}(0)\times a^k + a/(1-a)\times(a^k-1)] \rfloor \qquad (4)$$

US 8,416,892 B2

7

where $\lfloor x \rfloor$ denotes the maximum integer not greater than x, $N_{ZC}$ is the length of the root sequence, $N_{pre}(0)$ denotes the maximum number of preambles generated from the root sequence.

Still taking the above as an example, if $N_{pre}(0)=64$ and $N_{pre}(14)=2$, a=0.856 is obtained based on equation (3). Next, when $N_{ZC}=839$, $N_{CS}(k)$, k=0, 1, 2, . . . , 14 obtained based on equation (4) is illustrated in table 1:

TABLE 1

| k | $N_{CS}(k)$ |
|---|---|
| 0 | 13 |
| 1 | 15 |
| 2 | 18 |
| 3 | 22 |
| 4 | 26 |
| 5 | 32 |
| 6 | 38 |
| 7 | 46 |
| 8 | 59 |
| 9 | 76 |
| 10 | 93 |
| 11 | 119 |
| 12 | 167 |
| 13 | 279 |
| 14 | 419 |

If only one preamble sequence is obtained for a very large cell, which is the sequence itself, then $N_{CS}=0$. Adding this value into the above table, table 2 is obtained:

TABLE 2

| k | $N_{CS}(k)$ |
|---|---|
| 0 | 13 |
| 1 | 15 |
| 2 | 18 |
| 3 | 22 |
| 4 | 26 |
| 5 | 32 |
| 6 | 38 |
| 7 | 46 |
| 8 | 59 |
| 9 | 76 |
| 10 | 93 |
| 11 | 119 |
| 12 | 167 |
| 13 | 279 |
| 14 | 419 |
| 15 | 0 |

Finally, the true integer value of $N_{pre}(k)$ is obtained from $N_{pre}(k)=\lfloor N_{ZC}/N_{CS}(k) \rfloor$ that for some values of k $N_{ZC}/N_{CS}(k)$ are greater than the rounded values $N_{pre}(k)$. As illustrated in FIG. **3**, when K=14, the value of $D_k$ obtained from the real number value of $N_{pre}(k)$ is D=0.144. It can be seen from FIG. **3** that the true integer values of $N_{pre}(k)$ will cause $D_k$ to deviate from D. But the deviation is still very small for all cells except the two largest cells. Thus, the selected limited set of values of $N_{CS}$ is applicable.

It should be noted that if the limited set of values of $N_{CS}$ is determined, the limited set of lengths of ZCZ may also be determined, for instance, according to $T=N_{CS}-1$.

Correspondingly, the disclosure provides an embodiment of an apparatus of determining a set of ZCZ lengths. As illustrated in FIG. **4**, the apparatus includes: a length determination unit **410**, configured to determine a length of a root sequence; and a set selection unit **420**, configured to select such a set of ZCZ lengths that, for any cell radius, the maximum number of preambles determined from a ZCZ length

8

which is selected from the selected set of ZCZ lengths, and is applicable to the cell and capable of determining a maximum number of preambles, is closest to the maximum number of preambles determined from a ZCZ length which is selected from the set of all integers, and is applicable to the cell and capable of determining a maximum number of preambles, wherein the maximum number of preambles is determined by the length of the root sequence and a ZCZ length selected.

The set selection unit **420** may include: a module **421** adapted for the selection of a set of cyclic shift increments, wherein, the module **421** is configured to select such a set of cyclic shift increments that, for any cell radius, the maximum number of preambles determined from a cyclic shift increment which is selected from the selected set of cyclic shift increments, and is applicable to the cell, is closest to the maximum number of preambles determined from a cyclic shift increment which is selected from the set of all integers and is applicable to the cell, wherein the maximum number of preambles is determined by the root sequence length and a cyclic shift increment selected; and a module **422** adapted to obtain a set of ZCZ lengths, wherein the module is configured to obtain the set of ZCZ lengths according to the selected set of cyclic shift increments.

In the above apparatus embodiment, the cyclic shift increment selected from the selected set of cyclic shift increments is the minimum cyclic shift increment in the selected set of cyclic shift increments; and the cyclic shift increment selected from the set of all integers is the minimum cyclic shift increment in the set of all integers.

The disclosure provides an embodiment of a base station, as illustrated in FIG. **4**, which includes: a length determination unit **410**, configured to determine a length of a root sequence; and a set selection unit **420**, configured to select such a set of ZCZ lengths that, for any cell radius, the maximum number of preambles determined from a ZCZ length which is selected from the selected set of ZCZ lengths, is applicable to the cell and capable of determining a maximum number of preambles, is closest to the maximum number of preambles determined from a ZCZ length which is selected from the set of all integers, and is applicable to the cell and capable of determining a maximum number of preambles, wherein the maximum number of preambles is determined from the length of the root sequence and a ZCZ length selected.

The disclosure further provides an embodiment of a mobile communication system, as illustrated in FIG. **5**. The system comprises a base station **400** and a mobile terminal **500**. The base station **400** is configured to interact with the mobile terminal **500**, and to specify a ZCZ length from a set of ZCZ lengths for the mobile terminal **500**; the mobile terminal **500** is configured to generate a preamble according to the ZCZ length specified by the base station **400**, and to transmit an uplink signal to the base station **400** using the preamble; the set of ZCZ lengths is such a set of ZCZ lengths that, for any cell radius, the maximum number of preambles determined from a ZCZ length which is selected from the selected set of ZCZ lengths, and is applicable to the cell and capable of determining a maximum number of preambles, is closest to the maximum number of preambles determined from a ZCZ length which is selected from the set of all integers, and is applicable to the cell and capable of determining a maximum number of preambles, wherein the maximum number of preambles is determined from the length of the root sequence and a ZCZ length selected.

In the above embodiment of the mobile communication system, the cyclic shift increment selected from the selected set of cyclic shift increments is the minimum cyclic shift

US 8,416,892 B2

9

increment applicable to the cell in the selected set of cyclic shift increments, the cyclic shift increment selected from the set of all integers is the minimum cyclic shift increment applicable to the cell in the set of all integers.

In general, in embodiments of the disclosure, the selected limited set of $N_{CS}$ values should be such a set that, in a plurality of intervals of cell radii, the maximum relative difference between the maximum number of the ZCZ RAPs determined from the minimum $N_{CS}$ value of the limited set, which is applicable to the plurality of cells, and the maximum number of the ZCZ RAPs determined from a plurality of $N_{CS}$ values of a set of integers which are applicable to the plurality of cells is minimized. Furthermore, a limited set of ZCZ lengths may be selected. Of course, in a plurality of intervals of cell radii, the maximum relative difference between the maximum number of the ZCZ RAPs determined from the minimum ZCZ length of the limited set of ZCZ lengths, which is applicable to the plurality of cells, and the maximum number of the ZCZ RAPs determined from a plurality of ZCZ lengths of the set of all integers which are applicable to the plurality of cells, is minimized.

What are described above are only preferred embodiments of the disclosure. It should be noted that, for a person skilled in the art, variations and improvements may be made without deviating from the principle of the disclosure. Those variations and improvements are all regarded to within the scope of the disclosure.

The invention claimed is:

**1**. A method of facilitating communication in a mobile communication system, the method comprising:

selecting, by a user equipment (UE), a random access preamble from a set of random access preambles; and

transmitting, by the UE, the selected random access preamble, wherein the set of random access preambles is provided with Zero Correlation Zones of length $N_{CS}$−1, where $N_{CS}$ is a cyclic shift increment selected from a pre-defined set of cyclic shift increments, the pre-defined set including all of the following cyclic shift increments of 0, 13, 15, 18, 22, 26, 32, 38, 46, 59, 76, 93, 119, 167, 279, 419.

**2**. The method according to claim **1**, wherein the set of random access preambles is generated from one or more than one root sequences.

**3**. The method according to claim **2**, wherein the root sequence is a Zadoff-Chu sequence.

**4**. The method according to claim **3**, wherein the number of preambles generated from a single root sequence is $N_{pre}=\lfloor N_{NC}/N_{CS}\rfloor$, where $\lfloor n \rfloor$ denotes the largest integer not greater than n, and $N_{ZC}$ is the length of the Zadoff-Chu sequence.

**5**. The method according to claim **1**, wherein a subset of random access preambles $x_{u,v}(k)$ of the set of random access preambles is generated from the $u^{th}$ order root Zadoff-Chu sequence $x_u(k)$, where v is an integer.

**6**. The method according to claim **5**, wherein the sequence $x_{u,v}(k)$ are generated according to

$$x_{u,v}(k)=x_{u,v}((k+vN_{CS})\mathrm{mod}\,N_{ZC}),$$

where v is an integer, and $N_{ZC}$ is the length of the Zadoff-Chu sequence $x_u(k)$ defined by:

$$x_u(k)=W^{uk(k+1)/2}, k=0,1,\dots,N_{ZC}-1, W=e^{-j2\pi/N_{ZC}}, j=\sqrt{-1}.$$

**7**. The method according to claim **1**, wherein the number of random access preambles in the set of random access preambles is 64.

10

**8**. The method according to claim **1**, wherein non-zero cyclic shift increments $N_{CS}(k)$ in the set of cyclic shift increments are generated from the following formula:

$$N_{CS}(k)=\lfloor N_{ZC}/[N_{pre}(0)\times a^k + a/(1-a)\times(a^k-1)]\rfloor, k=0,1,2\dots K;$$

wherein $\lfloor x \rfloor$ denotes the maximum integer not greater than x, $\lfloor x \rfloor$ denotes rounding x, a=0.856, $N_{pre}(0)$=64 and $N_{ZC}$=839.

**9**. The method according to claim **8**, wherein the value a =0.856 is obtained from the following formula:

$$N_{pre}(k)=N_{pre}(0)a^k + \frac{a}{1-a}(a^k-1), k=1,2\dots$$

where

$$N_{pre}(14)=2.$$

**10**. An apparatus operable to communicate in a wireless communications system, the apparatus comprising:

a processor; and

a non-transitory computer readable storage medium storing programming for execution by the processor, the programming including instructions that direct the processor to:

select a random access preamble from a set of random access preambles; and

transmit the selected random access preamble, wherein the set of random access preambles is provided with Zero Correlation Zones of length $N_{CS}$−1, where $N_{CS}$ is a cyclic shift increment selected from a pre-defined set of cyclic shift increments, the pre-defined set including all of the following cyclic shift increments of 0, 13, 15, 18, 22, 26, 32, 38, 46, 59, 76, 93, 119, 167, 279, 419.

**11**. The apparatus according to claim **10**, wherein the set of random access preambles is generated from one or more than one root sequences.

**12**. The apparatus according to claim **11**, wherein the root sequence is a Zadoff-Chu sequence.

**13**. The apparatus according to claim **12**, wherein the number of preambles generated from a single root sequence is $N_{pre}=\lfloor N_{ZC}/N_{CS}\rfloor$, where $\lfloor n \rfloor$ denotes the largest integer not greater than n, and $N_{ZC}$ is the length of the Zadoff-Chu sequence.

**14**. The apparatus according to claim **10**, wherein a subset random access preambles $x_{u,v}(k)$ of the set of random access preambles is generated from the $u^{th}$ order root Zadoff-Chu sequence $x_u(k)$, where v is an integer.

**15**. The apparatus according to claim **14**, wherein the sequence $x_{u,v}(k)$ is generated according to

$$x_{u,v}(k)=x_{u,v}((k+vN_{CS})\,\mathrm{mod}\,N_{ZC}),$$

where v is an integer, and $N_{ZC}$ is the length of the Zadoff-Chu sequence $x_u(k)$ defined by:

$$x_S(k)=W^{uk(k+1)/2}, k=0,1,\dots,$$
$$N_{ZC}-1, W=e^{-j2\pi/N_{ZC}}, j=\sqrt{-1}.$$

**16**. The apparatus according to claim **10**, wherein the number of random access preambles in the set of random access preambles is 64.

US 8,416,892 B2

11

12

**17**. The apparatus according to claim **10**, wherein non-zero cyclic shift increments $N_{CS}$(k) in the set of cyclic shift increments are generated from the following formula:

$$N_{CS}(k) = \lfloor N_{ZC}/[N_{pre}(0) \times a^k + a/(1-a) \times (a^k-1)] \rfloor, k = 0,1,2 \dots K; \quad 5$$

wherein $\lfloor x \rfloor$ denotes the maximum integer not greater than x, [x] denotes rounding x, a=0.856, $N_{pre}(0)$=64 and $N_{ZC}$=839.

**18**. The apparatus according to claim **17**, wherein the value 10 a=0.856 is obtained from the following formula:

$$N_{pre}(k) = N_{pre}(0)a^k + \frac{a}{1-a}(a^k - 1), k = 1, 2 \dots \quad 15$$

where

$$N_{pre}(14) = 2.$$

**19**. A method of facilitating communication in a mobile 20 communication system, the method comprising:

receiving, by an apparatus of the mobile communication system, an uplink signal comprising a random access preamble;

estimating, by the apparatus, a time of arrival of the uplink 25 signal; and

transmitting, by the apparatus, a time advance based on the time of arrival, wherein the random access preamble is selected from a set of random access preambles provided with Zero Correlation Zones of length $N_{CS}$−1, where $N_{CS}$ is a cyclic shift increment selected from a pre-defined set of cyclic shift increments, the pre-defined set including all of the following cyclic shift increments of 0, 13, 15, 18, 22, 26, 32, 38, 46, 59, 76, 93, 119, 167, 279, 419.

**20**. An apparatus comprising:

a processor; and

a non-transitory computer readable storage medium storing programming having instructions which, upon execution by the processor, causes the processor to:

estimate a time of arrival of an uplink signal comprising a random access preamble; and

transmit a time advance based on the uplink signal time of arrival, wherein the random access preamble is selected from a set of random access preambles provided with Zero Correlation Zones of length $N_{CS}$−1, where $N_{CS}$ is a cyclic shift increment selected from a pre-defined set of cyclic shift increments, the pre-defined set including all of the following cyclic shift increments of 0, 13, 15, 18, 22, 26, 32, 38, 46, 59, 76, 93, 119, 167, 279, 419.

\* \* \* \* \*