# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION, | ) <br> ) Civil Action No. 2:18-cv-00439-JRG <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) **JURY TRIAL DEMANDED** |
| HUAWEI DEVICE USA, INC. <br> HUAWEI DEVICE CO., LTD., <br> HUAWEI TECHNOLOGIES USA INC., <br> HUAWEI TECHNOLOGIES CO. LTD., AND <br> HUAWEI DEVICE (SHENZHEN) CO., LTD., | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Kevin J. Post of Ropes & Gray LLP enters his appearance on behalf of Defendants Huawei Device USA, Inc., Huawei Device Co., Ltd., Huawei Technologies USA Inc., Huawei Technologies Co. Ltd., and Huawei Device (Shenzhen) Co., Ltd. in this matter as additional counsel.

Kevin Post may receive all communications from the Court and from other parties at Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036; Telephone: (212) 596-9000; Facsimile: (212) 596-9090; email Kevin.Post@ropesgray.com.

|  |  |
|---|---|
| Dated:  April 26, 2019 | Respectfully submitted, |

*/s/ Kevin J. Post*
Kevin J. Post (NY Bar No. 4382214)
Eastern District of Texas Member
Email: Kevin.Post@ropesgray.com
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY  10036
Tel: (212) 596-9000
Fax: (212) 596-9090

## **CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 26th day of April, 2019, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                    */s/ Kevin J. Post*
                                                    Kevin Post