IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:18-cv-00439-JRG |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| HUAWEI DEVICE USA, INC., HUAWEI ) | |
| DEVICE CO., LTD., HUAWEI ) | |
| TECHNOLOGIES USA INC., HUAWEI ) | |
| TECHNOLOGIES CO. LTD., AND ) | |
| HUAWEI DEVICE (SHENZHEN) CO., ) | |
| LTD. ) | |
| ) | |
| Defendants. ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COUNTERCLAIMS

COMES NOW, Harris Corporation, and files this Unopposed Motion for Extension of Time to File Response to Counterclaims and shows the Court as follows:

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(B), the current deadline for Harris Corporation to respond to Defendants' Answer, Affirmative Defenses, and Counterclaims to Plaintiff's Amended Complaint for Patent Infringement (Dkt. 56) is May 17, 2019. Harris Corporation has requested, and Defendants are unopposed to, a twenty-one (21) day extension of this deadline up to and including June 7, 2019.

WHEREFORE, Harris Corporation respectfully requests an extension of its deadline to respond to Defendants' counterclaims up to and including June 7, 2019.

Dated: May 8, 2019

Respectfully Submitted,

By: /s/ *Corey Johanningmeier*

Henry C. Bunsow
Denise De Mory
Christina Finn
Robin Curtis
Corey Johanningmeier
Nicolas Mancuso
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
cfinn@bdiplaw.com
rcurtis@bdiplaw.com
cjohanningmeier@bdiplaw.com
nmancuso@bdiplaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75467
Telephone: 903-845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Attorneys for Plaintiff
HARRIS CORPORATION