**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| HARRIS CORPORATION, | ) | |
| | ) | |
|       Plaintiff, | ) | CIVIL ACTION NO. 2:18-cv-00439-JRG |
| | ) | |
|     v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| HUAWEI DEVICE USA, INC., HUAWEI | ) | |
| DEVICE CO., LTD., HUAWEI | ) | |
| TECHNOLOGIES USA INC., HUAWEI | ) | |
| TECHNOLOGIES CO. LTD., AND | ) | |
| HUAWEI DEVICE (SHENZHEN) CO., | ) | |
| LTD. | ) | |
| | ) | |
|       Defendants. | ) | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COUNTERCLAIMS

CAME ON FOR CONSIDERATION, Harris Corporation's Unopposed Motion for

Extension of Time to File Response to Counterclaims.  Having considered the motion, it is

hereby GRANTED.

Accordingly, the deadline for Harris Corporation to respond to Defendants' Answer,

Affirmative Defenses, and Counterclaims to Plaintiff's Amended Complaint for Patent

Infringement (Dkt. 56) is extended up to and including June 7, 2019.