# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HARRIS CORPORATION, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:18-CV-00439-JRG |
| HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI DEVICE (SHENZHEN) CO., LTD., | § § § § § § § § | |
| *Defendants*. | § § | |

## ORDER

The Court issues this Order *sua sponte*. On May 8, 2019, Defendants Huawei Device USA, Inc.; Huawei Device Co., Ltd.; Huawei Technologies Co. Ltd.; Huawei Technologies USA Inc.; and Huawei Device (Shenzhen) Co., Ltd. filed an Opposed Motion to the Amend Docket Control Order (the "Motion"). (Dkt. No. 60.) Having considered the Motion, the Court is of the opinion that expedited briefing is appropriate. Accordingly, it is hereby **ORDERED** that Plaintiff Harris Corporation shall file its Response on or before **Wednesday, May 15, 2019**. No Reply or Sur-Reply will be permitted absent further order of this Court.

**So ORDERED and SIGNED this 9th day of May, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE