IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | §  CIVIL ACTION NO. 2:18-CV-00439-JRG |
| | § |
| HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI DEVICE (SHENZHEN) CO., LTD., | § |
| | § |
| *Defendants*. | § |

## ORDER

Before the Court is Plaintiff Harris Corporation's ("Harris") Unopposed Motion for Extension of Time to File Response to Counterclaims (the "Motion"). (Dkt. No. 61.) Therein, Harris moves for a twenty-one (21) day extension of its deadline to response to Defendants Huawei Device USA, Inc.; Huawei Device Co., Ltd.; Huawei Technologies Co. Ltd.; Huawei Technologies USA Inc.; and Huawei Device (Shenzhen) Co., Ltd.'s (collectively, "Huawei") Answer, Affirmative Defenses, and Counterclaims to Plaintiff's Amended Complaint for Patent Infringement (Dkt. No. 56). (Dkt. No. 61 at 1.) Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

It is therefore **ORDERED** that Harris' deadline to respond to Huawei's Answer, Affirmative Defenses, and Counterclaims to Plaintiff's Amended Complaint for Patent Infringement (Dkt. No. 56) is extended up to and including June 7, 2019. However, any further extensions must be supported by good cause shown, which is not met by a mere showing of agreement between the parties.

**So ORDERED and SIGNED this 9th day of May, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE