# EXHIBIT A

**From:** Evander, Mitch <mevander@harris.com>
**Sent:** Tuesday, January 29, 2019 9:38 AM
**To:** Steven Geiszler <Steven.Geiszler@huawei.com>
**Subject:** RE: Harris v. Huawei: Service & Extensions -- Subject to F.R.E. 408

Hi Steven,

Would you have time for a short call today?

Thanks,

Mitch

**From:** Zhaoshen (Shen, IP Litigation) <shen.zhao@huawei.com>
**Sent:** Tuesday, January 29, 2019 12:26 AM
**To:** Evander, Mitch (US Person) <mevander@harris.com>
**Cc:** Steven Geiszler <Steven.Geiszler@huawei.com>
**Subject:** RE: Harris v. Huawei: Service & Extensions -- Subject to F.R.E. 408

Dear Mitch,

Thank you for your email.  For the sake of efficiency, I propose to separate our licensing discussions into two parts, namely Harris License focusing on Harris's patents only and Huawei License dealing with Huawei's patents only.



For Huawei License which is not related to the pending lawsuit, we would like to start a parallel discussion to avoid further complicating the negotiation with respect to Harris License.



Please share your thoughts and look forward to hearing back from you soon.

Best,
Shen