# EXHIBIT B

**From:** Steven Geiszler <Steven.Geiszler@huawei.com>
**Sent:** Friday, April 12, 2019 6:45 AM
**To:** Evander, Mitch (US Person) <mevander@harris.com>
**Cc:** Zhaoshen (Shen, IP Litigation) <shen.zhao@huawei.com>
**Subject:** RE: Follow up -- Subject to F.R.E. 408

Thanks, Mitch.  Let's talk at 9:00 Eastern.

**From:** Evander, Mitch [mailto:mevander@harris.com]
**Sent:** Friday, April 12, 2019 6:43 PM
**To:** Steven Geiszler <Steven.Geiszler@huawei.com>
**Cc:** Zhaoshen (Shen, IP Litigation) <shen.zhao@huawei.com>
**Subject:** RE: Follow up -- Subject to F.R.E. 408

Steven,

I do have a conflict at 8:30 EST, but I can do the call at 8:00 or 9:00.  Thanks,

Mitch

**From:** Steven Geiszler <Steven.Geiszler@huawei.com>
**Sent:** Friday, April 12, 2019 1:07 AM
**To:** Evander, Mitch (US Person) <mevander@harris.com>
**Cc:** Zhaoshen (Shen, IP Litigation) <shen.zhao@huawei.com>
**Subject:** RE: Follow up -- Subject to F.R.E. 408

Mitch, my colleague Shen Zhao (copied here) will join the call on Friday morning.  Can we have the call at 8:30 am Eastern?

**From:** Evander, Mitch [mailto:mevander@harris.com]
**Sent:** Thursday, April 11, 2019 7:23 PM
**To:** Steven Geiszler <Steven.Geiszler@huawei.com>
**Subject:** RE: Follow up -- Subject to F.R.E. 408

That is fine with me Steven.

Mitch

**From:** Steven Geiszler <Steven.Geiszler@huawei.com>
**Sent:** Thursday, April 11, 2019 7:20 AM
**To:** Evander, Mitch (US Person) <mevander@harris.com>
**Subject:** RE: Follow up -- Subject to F.R.E. 408

Thanks, Mitch. BTW, I may also need to push tomorrow's call back about 30 or 60 minutes but don't know yet. I will let you know.

-------------------------------------------------
Sent from WeLink

**From:** Evander, Mitch <mevander@harris.com>
**To:** Steven Geiszler <Steven.Geiszler@huawei.com>
**Date:** 2019-04-11 18:57:29
**Subject:** RE: Follow up -- Subject to F.R.E. 408

Hi Steven,

Yes, I can do the call tomorrow.   I will re-send the call in number.  Thanks,

Mitch

**From:** Steven Geiszler <Steven.Geiszler@huawei.com>
**Sent:** Thursday, April 11, 2019 6:55 AM
**To:** Evander, Mitch (US Person) <mevander@harris.com>
**Subject:** RE: Follow up -- Subject to F.R.E. 408

Mitch, I am behind schedule this week and haven't followed up internally on the case issues. Can we do our call tomorrow instead?  I apologize for any inconvenience.

-------------------------------------------------
Sent from WeLink

**From:** Evander, Mitch <mevander@harris.com>
**To:** Steven Geiszler <Steven.Geiszler@huawei.com>
**Date:** 2019-04-04 06:01:01
**Subject:** RE: Follow up -- Subject to F.R.E. 408

Hi Steven,

Yes, I do.  I'm open between 9:30 and 11:30 EST.  Does that work?

Thanks,

Mitch

**From:** Steven Geiszler <Steven.Geiszler@huawei.com>
**Sent:** Wednesday, April 03, 2019 5:59 PM
**To:** Evander, Mitch (US Person) <mevander@harris.com>
**Subject:** RE: Follow up -- Subject to F.R.E. 408

Mitch, do you have time on Friday morning to catch up about the list you sent me?

**From:** Evander, Mitch [mailto:mevander@harris.com]
**Sent:** Wednesday, April 03, 2019 6:44 AM
**To:** Steven Geiszler <Steven.Geiszler@huawei.com>
**Subject:** Follow up

Hi Steven,

I wanted to let you know we will be getting a response to your group later this week.  I have been quite tied up.

The essence is we see no problem in including the LTE patents as part of the discussions.  I hope to have a response sent out Friday.

Thanks,

Mitch