-i-

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:18-cv-00439-JRG |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| HUAWEI DEVICE USA, INC., HUAWEI ) | |
| DEVICE CO., LTD., HUAWEI ) | |
| TECHNOLOGIES USA INC., HUAWEI ) | |
| TECHNOLOGIES CO. LTD., AND ) | |
| HUAWEI DEVICE (SHENZHEN) CO., ) | |
| LTD. ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the Court is Plaintiff's Motion to Sever Defendants' Infringement Counterclaims. After considering the motion, the Court finds that Plaintiff's motion is well taken and is hereby GRANTED. Accordingly, the Court severs Huawei's counterclaims for patent infringement (Counterclaim Nos. 15-19) into a separate action.