# Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD. | § § § | |
| v. | § § | Case No. 2:16-CV-0052-JRG-RSP |
| T-MOBILE US, INC., ET AL. | § § | |

### Final Pretrial Conference
### MAG. JUDGE ROY PAYNE PRESIDING
### September 29, 2017

**OPEN: 9:00 am**                          **ADJOURN: 11:35 am**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| LAW CLERK: | Clint South |
| COURT REPORTER: | Tammy Goolsby |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Mark Mann announced ready for plaintiff and introduced co-counsel. Mike Jones announced ready for T-Mobile and introduced co-counsel. Deron Dacus announced ready for Nokia and introduced co-counsel. Jamie McDole announced ready for Ericsson.

Stuart Rosenburg requested that Defendants and Intervenors' Motion to Compel Production of Clawed-Back Documents (Dkt. No. 417) be argued after all of the briefing has been completed. Jon Lamberson responded.

The Court heard argument on Defendant's objections to Plaintiff's exhibits. Deron Dacus, Spencer Ririe and John Haynes argued for defendant. Jon Lamberson and Ricardo Bonilla argued for plaintiff.

After the break, the Court informed the parties that this case will be combined with the 2:17cv56 case and will be continued.