# Exhibit 6

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| TIVO INC., | |
|         Plaintiff, | Case No. 2:15-CV-1503 |
| vs. | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC | |
|         Defendants. | |

## PLAINTIFF TIVO INC.'S NOTICE OF COMPLIANCE WITH P.R. 3-1 & 3-2

Plaintiff TiVo Inc. ("TiVo") hereby notifies the Court that on February 8, 2016, TiVo timely served on counsel of record, via electronic mail, with exhibits available for immediate download, its P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions, in accordance with the Court's January 26, 2016 Order (Dkt. 27).  TiVo further notifies the Court that on February 8, 2016, TiVo timely served on counsel of record, via Federal Express, its P.R. 3-2 Document Production Accompanying Disclosure, in accordance with the Court's January 26, 2016 Order (Dkt. 27).

Dated:  February 8, 2016

Respectfully submitted,

*/s/ Thomas C. Werner*
Thomas C. Werner

**MCKOOL SMITH PC**
Sam Baxter, Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas 75201

TEL: 214.978.4016
FAX: 214.978.4044

**IRELL & MANELLA LLP**
Morgan Chu
mchu@irell.com
Andrei Iancu
aiancu@irell.com
Richard M. Birnholz
rbirnholz@irell.com
Thomas C. Werner
twerner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff TiVo Inc.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 8th day of February, 2016.

*/s/ Thomas C. Werner*
Thomas C. Werner