# Exhibit 7

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| TIVO INC., | |
|        Plaintiff, | |
|    vs. | Civil Action No. 2:15-CV-1503 |
| SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>and SAMSUNG TELECOMMUNICATIONS<br>AMERICA, LLC | |
|        Defendants | |

## NOTICE OF COMPLIANCE REGARDING P.R. 3-1 AND 3-2

Pursuant to the Court's Order [Dkt. 27], and P.R. 3-1 and 3-2, Defendants and Counterclaimants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. hereby notify the Court that on February 8, 2016 they served their Infringement Contentions and accompanying document production upon Plaintiff's counsel via electronic mail.

Dated: February 9, 2016

Respectfully submitted,

*/s/ Melissa R. Smith*

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Michael C. Tyler
TX Bar No. 24051454
tyler@fr.com
FISH & RICHARDSON P.C.
1425 K Street N.W., 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331
Thad Kodish
Georgia Bar No.: 427603
TKodish@fr.com
Noah C. Graubart
Georgia Bar No.: 141862
graubart@fr.com
Ajit Dang
Georgia Bar No. 352611
Dang@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: 404-892-5005
Facsimile: 404-892-5002

**Counsel for Samsung Defendants**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 9th day of February, 2016.


*/s/ Melissa R. Smith*
Melissa R. Smith