# Exhibit 11

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TIVO INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Case No. 2:5-CV-1503-JRG <br><br> **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Counterclaim Plaintiffs, <br><br> vs. <br><br> TIVO INC., <br><br> Counterclaim Defendant. | |

### PLAINTIFF AND COUNTERCLAIM DEFENDANT TIVO INC.'S NOTICE OF COMPLIANCE WITH P.R. 3-3 & 3-4

Plaintiff and Counterclaim Defendant TiVo Inc. ("TiVo") hereby notifies the Court that on April 25, 2016, TiVo timely served on counsel of record, via electronic mail, its P.R. 3-3 Disclosure of Invalidity Contentions, in accordance with the Docket Control Order (Dkt. 42). TiVo further notifies the Court that on April 25, 2016, TiVo timely served on counsel of record, via electronic file transfer, its P.R. 3-4 Document Production Accompanying Disclosure, in accordance with the Docket Control Order (Dkt. 42).

Dated: April 26, 2016

Respectfully submitted,

*/s/ Thomas C. Werner*
Thomas C. Werner

8687361

**MCKOOL SMITH PC**
Sam Baxter, Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas 75201
TEL: 214.978.4016
FAX: 214.978.4044

**IRELL & MANELLA LLP**
Morgan Chu
mchu@irell.com
Andrei Iancu
aiancu@irell.com
Richard M. Birnholz
rbirnholz@irell.com
Thomas C. Werner
twerner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff TiVo Inc.

## CERTIFICATE OF SERVICE

  I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 26th day of April, 2016.

                */s/ Thomas C. Werner*
                Thomas C. Werner