# Exhibit 12

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                FOR THE EASTERN DISTRICT OF TEXAS

 3                        MARSHALL DIVISION

 4   HUAWEI TECHNOLOGIES CO.,      )(

 5   LTD.                          )(    CIVIL DOCKET NO.

 6                                 )(    2:16-CV-52-JRG-RSP

 7   VS.                           )(    MARSHALL, TEXAS

 8                                 )(

 9   T-MOBILE US, INC., ET AL.     )(    SEPTEMBER 29, 2017

10                                 )(    9:05 A.M.

11                        MOTION HEARING

12          BEFORE THE HONORABLE JUDGE ROY S. PAYNE

13                 UNITED STATES DISTRICT JUDGE

14

15   APPEARANCES:

16   FOR THE PLAINTIFF: (See Attorney Attendance Sheet docketed
                          in minutes of this hearing.)
17

18   FOR THE DEFENDANTS:(See Attorney Attendance Sheet docketed
                          in minutes of this hearing.)
19

20   COURT REPORTER:     Shelly Holmes, CSR-TCRR
                         Official Reporter
21                       United States District Court
                         Eastern District of Texas
22                       Marshall Division
                         100 E. Houston Street
23                       Marshall, Texas  75670
                         (903) 923-7464
24

25   (Proceedings recorded by mechanical stenography, transcript
     produced on a CAT system.)
```

1                          I N D E X

2

3    September 29, 2017

4                                                      Page

5         Appearances                                   1

6         Hearing                                       3

7         Court Reporter's Certificate                 52

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   ████████ ████████ ████ ██ ████ ████████

2   ████████████ ████ █████████ █ ██ █████████

3   ████ ████ ████ █ ████ █ ████ ████ ████ █

4   ███ █████ ███ ████ ███ █ ████ ████ ███

5   ████████ ███ █████ ████ █ ████ ████████ ██

6   ███████ ████████

7       ██ █████ ████ ████ █████ ████ ████ █

8   ██████ █████████ ████ █████ █ ██ ████ ████ █

9   ████ ███ █ █████ ████ ██ ████ █████ ████

10  ████████

11          THE COURT:  All right.  Before we move to that, I'd

12  like to take a recess.  And if I could see two counsel for

13  each party back in chambers -- and if there's only one

14  counsel here, then you don't have to call for help, but I

15  just -- anyway, thank you.  We'll take a recess.

16          LAW CLERK:  All rise.

17          (Recess.)

18          LAW CLERK:  All rise.

19          THE COURT:  Thank you.  Please be seated.

20          Mr. Barkan, I -- I have had the opportunity during

21  the recess to visit with Judge Gilstrap, and I communicated

22  to him the position that you passed on to me on behalf of

23  Huawei during the break, and he understands the desire of

24  the Plaintiff to go forward and the logistical issues

25  involved with bringing in witnesses and the like.  But he

1  has decided that under the circumstances, given the way this
2  case has been narrowed now, that the most efficient use of
3  the Court's resources and the parties' resources is to delay
4  the trial of this case, the 52 matter, until it can be put
5  together with what at this point we think would be the 56
6  matter so that the Court is going to go forward on Monday
7  with jury selection for the second case, not -- not Huawei,
8  but the Packet Intelligence case, I believe, which is the
9  case behind.  And the next trial in this series between
10  Huawei and T-Mobile will be the 55 case, which will proceed
11  in November as scheduled.
12      And I understand that -- that the Plaintiff would
13  prefer the Court to go forward differently, but given the
14  resources that are available and the, I think, relatively
15  small significance that is left in the 52 case in the
16  overall scheme of the issues between the parties, that's the
17  decision that the Court has made.
18      And I called you up because I figured you would be
19  the one who would have the most to say about that, and I
20  wanted to give you an opportunity to do it.  It -- I believe
21  that the decision has been made, but I still am giving you a
22  chance to be heard, and it's -- there are a few decisions
23  that can't be undone if -- if there's a serious enough
24  issue.
25      MR. BARKAN:  That's -- Your Honor, there are a

```
 1    couple of items.  One is I do think it would advance the

 2    dispute.  You know, as I mentioned, this is Huawei's first

 3    time as a Plaintiff in the United States, at least in a

 4    patent case.

 5            THE COURT:  That will be coming soon, one way or

 6    the other.

 7            MR. BARKAN:  And this was not something we had

 8    anticipated.  Would it be possible to have a short recess so

 9    we can confer with the client and --

10            THE COURT:  Yes.

11            MR. BARKAN:  -- then respond?

12            THE COURT:  That -- that's fine.  I'll be happy to

13    do that.  How much time do you think we need?

14            MR. BARKAN:  15 minutes, would that --

15            THE COURT:  All right.  We'll -- we'll check with

16    you in 15 minutes then.

17            MR. BARKAN:  Thank you, Your Honor.

18            THE COURT:  All right.  Thank you.

19            LAW CLERK:  All rise.

20            (Recess.)

21            LAW CLERK:  All rise.

22            THE COURT:  Thank you.  Please be seated.

23            Mr. Barkan?

24            MR. BARKAN:  Thank you, Your Honor.

25            We, of course, are disappointed.  We were ready to
```