# Exhibit 13

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE US, INC. and<br>T-MOBILE USA, INC.,<br><br>Defendants,<br><br>NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.,<br><br>Intervenors. | No. 2:16-cv-00052-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**ORDER DISMISSING WITHOUT PREJUDICE CLAIMS AND COUNTERCLAIMS RELATING TO U.S. PATENT NOS. 8,069,365 AND 8,719,617**

Before the Court is Plaintiff Huawei Technologies Co. Ltd. ("Huawei") and Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.'s (collectively, "T-Mobile") Joint Stipulation of Dismissal ("Stipulation"). Having considered the Stipulation, the Court orders that (1) counts one and two of Huawei's complaint (D.I. 1); (2) counts four, five, six, and seven of T-Mobile's counterclaims (D,I. 106); and (3) counts one, two, and three of T-Mobile's counterclaims (D.I. 106) only to the extent that those claims are based on conduct relating to U.S. Patent Nos. 8,069,365 and 8,719,617 be **DISMISSED WITHOUT PREJUDICE**, subject to the terms and conditions of the Stipulation.