IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION, | ) |
|     Plaintiff / Counterclaim-Defendant, | ) ) ) No. 2:18-cv-00439-JRG |
| v. | ) ) |
| HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI TECHNOLOGIES CO. LTD., and HUAWEI DEVICE (SHENZHEN) CO., LTD., | ) ) Jury Trial Demanded ) ) ) ) ) |
|     Defendants / Counterclaim-Plaintiffs. | ) |

## ORDER DENYING HUAWEI'S
## MOTION TO SEVER INFRINGEMENT COUNTERLCLIAMS

Before the Court is Plaintiff Harris Corporation's Motion to Sever Defendants' Infringement Counterclaims. Having considered Harris' Motion and Defendants' Opposition, the Court is of the opinion the motion should be DENIED.