# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>HUAWEI DEVICE USA, INC.<br>HUAWEI DEVICE CO., LTD.,<br>HUAWEI TECHNOLOGIES USA INC.,<br>HUAWEI TECHNOLOGIES CO. LTD., AND<br>HUAWEI DEVICE (SHENZHEN) CO.,<br>LTD.,<br><br>    Defendants. | No. 2:18-cv-00439-JRG<br><br>Jury Trial Demanded |

## **NOTICE OF COMPLIANCE**

    Defendants Huawei Device USA, Inc., Huawei Device Co., Ltd., Huawei Technologies USA Inc., Huawei Technologies Co., Ltd., and Huawei Device (Shenzhen) Co., Ltd. hereby notify the Court that they have complied with the April 26, 2019 [DKT55] Docket Control Order, by serving their Preliminary Invalidity Contentions and Patent Local Rule 3-3 and 3-4 disclosures upon counsel for Plaintiff via electronic mail on May 29, 2019.

Dated: May 30, 2019

    Respectfully submitted,

    */s/ Melissa R. Smith*
    Melissa R. Smith
    State Bar No. 24001351
    melissa@gillamsmithlaw.com
    **GILLAM & SMITH, LLP**
    303 South Washington Avenue
    Marshall, Texas 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257

2

James R. Batchelder
(CA Bar No. 136347)
(Eastern District of Texas Member)
James L. Davis, Jr.
(CA Bar No. 304830)
(Eastern District of Texas Member)
Andrew T. Radsch
(CA Bar No. 303665)
(Eastern District of Texas Member)
Christopher M. Bonny
(CA Bar No. 280554)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
james.batchelder@ropesgray.com
james.l.davis@ropesgray.com
andrew.radsch@ropesgray.com
christopher.bonny@ropesgray.com

Kevin J. Post
(NY Bar No. 4382214, admitted to E.D. Tex.)
Alexander E. Middleton
(NY Bar No. 4797114, admitted to E.D. Tex.)
Jolene L. Wang
(NY Bar No. 5462619, admitted to E.D. Tex.)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
(212) 596-9090
kevin.post@ropesgray.com
alexander.middleton@ropesgray.com

*Attorneys for Defendants*
*Huawei Device Usa, Inc., Huawei*
*Device Co., Ltd., Huawei*
*Technologies Usa Inc., Huawei*
*Technologies Co. Ltd.,*
*And Huawei Device (Shenzhen) Co., Ltd.*

**CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 30th day of May, 2019, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                            */s/ Melissa R. Smith*
                                                            Melissa R. Smith