# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION, | ) |
| Plaintiff / Counterclaim-Defendant, | ) ) ) Civil Action No. 2:18-cv-00439-JRG |
| v. | ) ) ) |
| HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI TECHNOLOGIES CO. LTD., and HUAWEI DEVICE (SHENZHEN) CO., LTD., | ) ) **JURY TRIAL DEMANDED** ) ) ) ) |
| Defendants / Counterclaim-Plaintiffs. | ) ) |

## DECLARATION OF ALEXANDER E. MIDDLETON IN SUPPORT OF HUAWEI'S SUR-REPLY IN OPPOSITION TO HARRIS'S MOTION TO SEVER DEFENDANTS' INFRINGEMENT COUNTERCLAIMS

I, Alexander E. Middleton, hereby declare:

1. I am an attorney admitted to practice in the State of New York and in the Eastern District of Texas. I am over the age of 18 and make this declaration based on my personal knowledge.

2. I am Counsel at the law firm of Ropes & Gray LLP in New York, NY. Ropes & Gray is counsel for Defendants Huawei Device USA, Inc., Huawei Device Co., Ltd., Huawei Technologies USA Inc., Huawei Technologies Co. Ltd., and Huawei Device (Shenzhen) Co., Ltd. ("Huawei").

3. I am providing this declaration in support of Huawei's Opposition to Harris's Motion to Sever Defendants' Infringement Counterclaims.

-2-

4. Attached hereto as **Exhibit 14** is a true and correct copy of the Docket Entry 385 in *Metaswitch Networks v. Genband US LLC*, No. 2:14-cv-744-JRG (E.D. Tex. June 3, 2016).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 6, 2019
New York, NY

*/s/ Alexander E. Middleton*
Alexander E. Middleton