# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HARRIS CORPORATION, | ) | |
| | ) | LEAD CASE |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 2:18-cv-00439-JRG |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI TECHNOLOGIES CO. LTD., AND HUAWEI DEVICE (SHENZHEN) CO., LTD. | ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI TECHNOLOGIES CO. LTD., AND HUAWEI DEVICE (SHENZHEN) CO., LTD., | ) ) ) ) ) ) ) | CIVIL ACTION NO. 2:19-cv-00222-JRG |
| Counter-Claimant, | ) | |
| v. | ) ) | |
| HARRIS CORPORATION | ) | |
| Counter-Defendant. | ) ) | |

## NOTICE OF P.R. 3-3 AND 3-4 DISCLOSURES

COMES NOW, Harris Corporation, notifies the Court that pursuant to P.R. 3-3, 3-4 and this Court's June 12, 2019 Order in the consolidated case (Dkt. 3), it served its required invalidity contentions and accompanying document production on counsel for Plaintiff's via electronic mail on July 8, 2019.

Dated: July 9, 2019                                   Respectfully submitted,

                                                  */s/ Corey Johanningmeier*
Henry C. Bunsow
Denise De Mory
Christina M. Finn
Robin K. Curtis
Corey Johanningmeier
Nicolas Mancuso
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
Email: hbunsow@bdiplaw.com
Email: ddemory@bdiplaw.com
Email: cfinn@bdiplaw.com
Email: rcurtis@bdiplaw.com
Email: cjohanningmeier@bdiplaw.com
Email: nmancuso@bdilaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75467
Telephone: 903-845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

**ATTORNEYS FOR DEFENDANT HARRIS CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) with a copy of this document via the Court's CM/ECF system.


Dated:  July 9, 2019

                                                */s/ Corey Johanningmeier*
                                                Corey Johanningmeier