# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HARRIS CORPORATION,** <br><br>             **Plaintiff,** <br><br> vs. <br><br> **HUAWEI DEVICE USA, INC.** <br> **HUAWEI DEVICE CO., LTD.,** <br> **HUAWEI TECHNOLOGIES USA INC.,** <br> **HUAWEI TECHNOLOGIES CO. LTD.,** <br> **AND** <br> **HUAWEI DEVICE (SHENZHEN) CO., LTD.,** <br><br>             **Defendants.** | No. 2:18-cv-00439-JRG <br><br> (LEAD CASE) <br><br><br> Jury Trial Demanded |

## NOTICE OF COMPLIANCE REGARDING P.R. 4-1

In accordance with the Court's Docket Control Order (No. 2:18-cv-439-JRG, D.I. 55; No. 2:19-cv-222-JRG, D.I. 3) and Local Patent Rule 4-1, Huawei Device USA, Inc., Huawei Device Co. Ltd., Huawei Technologies USA, Inc., Huawei Technologies Co. Ltd., and Huawei Device (Shenzhen) Co., Ltd., (Defendants in 2:18-cv-439-JRG; Plaintiffs in 2:19-cv-222) (collectively, "Huawei") hereby notify the Court that they have served their Proposed List of Terms and Claim Elements Requiring Construction upon counsel for Plaintiff in 2:18-cv-439 and Defendant in 2:19-cv-222 via electronic mail on July 11, 2019.

Dated: July 12, 2019                                      Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257

James R. Batchelder
(CA Bar No. 136347)
(Eastern District of Texas Member)
James L. Davis, Jr.
(CA Bar No. 304830)
(Eastern District of Texas Member)
Andrew T. Radsch
(CA Bar No. 303665)
(Eastern District of Texas Member)
Christopher M. Bonny
(CA Bar No. 280554)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
james.batchelder@ropesgray.com
james.l.davis@ropesgray.com
andrew.radsch@ropesgray.com
christopher.bonny@ropesgray.com

Kevin J. Post
(NY Bar No. 4382214, admitted to E.D. Tex.)
Alexander E. Middleton
(NY Bar No. 4797114, admitted to E.D. Tex.)
Jolene L. Wang
(NY Bar No. 5462619, admitted to E.D. Tex.)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

2

(212) 596-9090
kevin.post@ropesgray.com
alexander.middleton@ropesgray.com

*Attorneys for*
*Huawei Device Usa, Inc., Huawei*
*Device Co., Ltd., Huawei*
*Technologies Usa Inc., Huawei*
*Technologies Co. Ltd.,*
*And Huawei Device (Shenzhen) Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 12th day of July, 2019, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith