IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 2:18-cv-00439-JRG |
| | ) |
| v. | ) **(LEAD CASE)** |
| | ) |
| HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI TECHNOLOGIES CO. LTD., AND HUAWEI DEVICE (SHENZHEN) CO., LTD. | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | ) |

## NOTICE OF COMPLIANCE REGARDING P.R. 4-1

In accordance with the Court's Docket Control Order (No. 2:18-cv-439-JRG, D.I. 55; No. 2:19-cv-222-JRG, D.I. 3) and Local Patent Rule 4-1, Harris Corporation (Plaintiffs in 2:18-cv-00439; Defendants in 2:19-cv-222) hereby notify the Court that they have served their Proposed List of Terms and Claim Elements Requiring Construction upon counsel for Defendants in 2:18-cv-439 and Plaintiffs in 2:19-cv-222 via electronic mail on July 11, 2019.

Dated:  July 12, 2019                                    Respectfully Submitted,


                                               By:  /s/ *Denise De Mory*

                                                     S. Calvin Capshaw
                                                     State Bar No. 03783900
                                                     Elizabeth L. DeRieux
                                                     State Bar No. 05770585
                                                     **CAPSHAW DERIEUX, LLP**
                                                     114 E. Commerce Ave.
                                                     Gladewater, TX 75467
                                                     Telephone: 903-845-5770
                                                     Email: ccapshaw@capshawlaw.com
                                                     Email: ederieux@capshawlaw.com

                                                     Henry C. Bunsow
                                                     Denise De Mory
                                                     Christina Finn
                                                     Robin Curtis
                                                     Corey Johanningmeier
                                                     Nicolas Mancuso
                                                     **BUNSOW DE MORY LLP**
                                                     701 El Camino Real
                                                     Redwood City, CA 94063
                                                     Telephone: (650) 351-7248
                                                     Facsimile: (415) 426-4744
                                                     hbunsow@bdiplaw.com
                                                     ddemory@bdiplaw.com
                                                     cfinn@bdiplaw.com
                                                     rcurtis@bdiplaw.com
                                                     cjohanningmeier@bdiplaw.com
                                                     nmancuso@bdiplaw.com

                                                     ATTORNEYS FOR HARRIS CORPORATION

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) with a copy of this document via the Court's CM/ECF system.

Dated:  July 12, 2019

By:  /s/ *Denise De Mory*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75467
Telephone: 903-845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Henry C. Bunsow
Denise De Mory
Christina Finn
Robin Curtis
Corey Johanningmeier
Nicolas Mancuso
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
cfinn@bdiplaw.com
rcurtis@bdiplaw.com
cjohanningmeier@bdiplaw.com
nmancuso@bdiplaw.com

ATTORNEYS FOR HARRIS CORPORATION