IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>HUAWEI DEVICE USA, INC., et al.,<br><br>      Defendants. | **Civil Action No.** 2:18-cv-439-JRG<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF P.R. 4-2 DISCLOSURES

COMES NOW, Plaintiff, Harris Corporation, and notifies the Court that pursuant to P.R. 4-2 and this Court's April 26, 2019 Docket Control Order, it served its required preliminary claim constructions on counsel for Defendants via electronic mail on August 1, 2019.

Dated: August 2, 2019

Respectfully submitted,

 /s/ Elizabeth L. DeRieux
Henry C. Bunsow
Denise De Mory
Christina M. Finn
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
cfinn@bdiplaw.com

Robin K. Curtis
Bunsow, De Mory, Smith & Allison LLP
351 California Street
Suite 200
San Francisco, CA 94104
415-426-4740

Fax: 415-426-4744
Email: rcurtis@bdiplaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75467
Telephone: 903-845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

**ATTORNEYS FOR PLAINTIFF
HARRIS CORPORATION**