## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE USA, INC.,<br>HUAWEI DEVICE CO., LTD.,<br>HUAWEI TECHNOLOGIES USA INC.,<br>HUAWEI TECHNOLOGIES CO. LTD., AND<br>HUAWEI DEVICE (SHENZHEN) CO., LTD.<br><br>  Defendants. | No. 2:18-cv-439-JRG (LEAD CASE)<br><br>Jury Trial Demanded |

## DECLARATION OF ANTHONY STRONG IN SUPPORT OF HUAWEI'S RESPONSE IN OPPOSITION TO HARRIS'S MOTION TO COMPEL

I, Anthony Strong, declare:

1. I am over the age of 21, competent to make this declaration, and have personal knowledge of the matters stated herein.

2. I am currently employed as Senior Manager Supply Chain and Logistics by Defendant Huawei Device USA, Inc. I have been employed by Huawei Device USA, Inc. since July 12, 2010.

3. I have reviewed the list of accused products contained in Harris Corporation's infringement contentions, dated April 3, 2019.

4. Huawei Device USA, Inc. is focused on the consumer market, providing products such as phones, tablets, laptops for that market. To my knowledge, Huawei Device USA, Inc. has not made, used, sold, offered for sale, or imported into the United States the accused "WLAN

-1-

products," which are enterprise products, including the routers, access points, access controllers, remote units, and eSight products identified in Harris Corporation's infringement contentions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 07/12/2019

Anthony Strong