# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE USA, INC.,<br>HUAWEI DEVICE CO., LTD.,<br>HUAWEI TECHNOLOGIES USA INC.,<br>HUAWEI TECHNOLOGIES CO. LTD., AND<br>HUAWEI DEVICE (SHENZHEN) CO., LTD.<br><br>    Defendants. | No. 2:18-cv-439-JRG (LEAD CASE)<br><br>Jury Trial Demanded |

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF TECHNICAL DOCUMENTS AND SOURCE CODE

The Court, having consider Huawei's Response to Plaintiff Harris Corporation's Motion to Compel Production of Technical Documents and Source Code (Dkt. No.84), is of the opinion that the motion should be, and hereby is, DENIED.