IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HARRIS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2:18-cv-00439-JRG |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI TECHNOLOGIES CO. LTD., AND HUAWEI DEVICE (SHENZHEN) CO., LTD. | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF HARRIS CORPORATION'S MOTION TO AMEND P.R. 3-1 INFRINGEMENT CONTENTIONS**

Before the Court is Plaintiff's Motion to Amend its P.R. 3-1 Infringement Contentions. After considering the Motion, including the good cause shown therein, the Court finds that Plaintiff's Motion is well taken and is hereby GRANTED. Accordingly, Plaintiff may serve Amended Contentions incorporating the additional identified products and disclosures as served on Huawei this July 29, 2019, and as discussed in Plaintiff's Motion.