# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION, | § |
| *Plaintiff*, | § § § |
| v. | §   CIVIL ACTION NO. 2:18-CV-00439-JRG |
| HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI DEVICE (SHENZHEN) CO., LTD., | § § § § § § |
| *Defendants*. | |

## ORDER

The Court issues this Order *sua sponte*. Before the Court is Plaintiff Harris Corporation's Motion to Amend P.R. 3-1 Infringement Contentions (the "Motion"). (Dkt. No. 88.) Having considered the same, the Court is of the opinion that expedited briefing is appropriate. Accordingly, Defendants Huawei Device USA, Inc., Huawei Device Co., Ltd., Huawei Technologies Co. Ltd., Huawei Technologies USA Inc., Huawei Device (Shenzhen) Co., Ltd. are hereby **ORDERED** to file a Response to the Motion on or before **9:00a.m. CDT Monday, August 26, 2019**. No reply or sur-reply may be filed without leave of the Court.

**So ORDERED and SIGNED this 19th day of August, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE