## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE USA, INC.,<br>HUAWEI DEVICE CO., LTD.,<br>HUAWEI TECHNOLOGIES USA INC.,<br>HUAWEI TECHNOLOGIES CO. LTD., AND<br>HUAWEI DEVICE (SHENZHEN) CO., LTD.<br><br>    Defendants. | No. 2:18-cv-439-JRG (LEAD CASE)<br><br>Jury Trial Demanded |

## ORDER DENYING PLAINTIFF'S
## MOTION TO AMEND P.R. 3-1 INFRINGEMENT CONTENTIONS

Before the Court is Plaintiff Harris Corporation's Motion to Amend P.R. 3-1 Infringement Contentions. Having considered Harris' Motion and Defendants' Opposition, the Court is of the opinion the motion should be DENIED.