IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HARRIS CORPORATION, | ) |
| Plaintiff, | ) CIVIL ACTION NO. 2:18-cv-00439-JRG |
| v. | ) **JURY TRIAL DEMANDED** |
| HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI TECHNOLOGIES CO. LTD., AND HUAWEI DEVICE (SHENZHEN) CO., LTD. | ) |
| Defendants. | ) |

## NOTICE REGARDING PLAINTIFF HARRIS CORPORATION'S MOTION TO AMEND P.R. 3-1 INFRINGEMENT CONTENTIONS

Pursuant to the Court's request, Plaintiff Harris Corporation ("Harris") submits the attached exhibits in conjunction with its Motion to Amend its P.R. 3-1 Infringement Contentions at Dkt. No. 88 ("Motion").

Exhibits 1-8 represent Harris's Infringement Contentions as served on April 3, 2019.[1] Exhibits 1 (Cover Pleading), 2 (Claim Chart for '678 Patent), and 3 (Claim Chart for '690 Patent) are those with amendments later proposed as discussed in the Motion. As referenced in the Motion, on May 24, 2019, Harris served Exhibits 9 (Cover Pleading), 10 ('678 Chart), and 11 ('690 Chart) as proposed amended contentions. Although not served at the time, Harris attaches redlined Exhibits 12 and 13 to assist the Court in identifying changes to the charts. Exhibits 14, 15, and 16 represent further proposed amendments to the Cover Pleading, '678 Chart, and '690 Chart, served

---

[1] While Harris affixed the term "CONFIDENTIAL" to some of its charts out of an abundance of caution because certain publicly obtained Huawei documents bore that label, every citation in Harris's contentions is to materials that were or are publicly available and obtained from public sources.

(as attached) on July 29, 2019.  The redlines in Exhibits 14-16 are cumulative from the original April 3, 2019 contentions.

Dated:  August 27, 2019                          Respectfully Submitted,

                         By:  /s/ *Corey Johanningmeier*

Henry C. Bunsow
Denise De Mory
Christina Finn
Robin Curtis
Corey Johanningmeier
Nicolas Mancuso
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
cfinn@bdiplaw.com
rcurtis@bdiplaw.com
cjohanningmeier@bdiplaw.com
nmancuso@bdiplaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75467
Telephone: 903-845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Attorneys for Plaintiff
HARRIS CORPORATION

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) with a copy of this document via the Court's CM/ECF system.

Dated: August 27, 2019

By: /s/ *Corey Johanningmeier*

Henry C. Bunsow
Denise De Mory
Christina Finn
Robin Curtis
Corey Johanningmeier
Nicolas Mancuso
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744

hbunsow@bdiplaw.com
ddemory@bdiplaw.com
cfinn@bdiplaw.com
rcurtis@bdiplaw.com
cjohanningmeier@bdiplaw.com
nmancuso@bdiplaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75467
Telephone: 903-845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Attorneys for Plaintiff
HARRIS CORPORATION