# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HARRIS CORPORATION, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:18-CV-00439-JRG |
| | § | (LEAD CASE) |
| HUAWEI DEVICE USA, INC.,  HUAWEI | § | |
| DEVICE CO., LTD.,  HUAWEI | § | CIVIL ACTION NO. 2:19-CV-00222-JRG |
| TECHNOLOGIES CO. LTD.,  HUAWEI | § | (MEMBER CASE) |
| TECHNOLOGIES USA INC.,  HUAWEI | § | |
| DEVICE (SHENZHEN) CO., LTD., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints Mr. David Keyzer as the Court's technical advisor in this case, with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed.  Mr. Keyzer's contact information is as follows:

> David Keyzer
> Law Office of David Keyzer, P.C.
> 916-243-5259 (office)
> 5170 Golden Foothill Parkway
> El Dorado Hills, CA 95762
> Email: david@keyzerlaw.com

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials ("claim construction materials") no later than one business day after their filing in PDF form to david@keyzerlaw.com.  If the document was filed with the Court, the copy must include the CM/ECF header.

**So ORDERED and SIGNED this 30th day of August, 2019.**

                                    RODNEY GILSTRAP
                                    UNITED STATES DISTRICT JUDGE