## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| L3HARRIS TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:18-cv-00439-JRG |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| HUAWEI DEVICE USA, INC., HUAWEI ) | |
| DEVICE CO., LTD., HUAWEI ) | |
| TECHNOLOGIES USA INC., HUAWEI ) | |
| TECHNOLOGIES CO. LTD., AND ) | |
| HUAWEI DEVICE (SHENZHEN) CO., ) | |
| LTD. ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING PLAINTIFF L3HARRIS TECHNOLOGIES INC.'S MOTION TO WITHDRAW WITHOUT PREJUDICE ITS MOTION TO COMPEL PRODUCTION OF TECHNICAL DOCUMENTS AND SOURCE CODE**

It is hereby ORDERED that Plaintiff's Unopposed Motion to Withdraw Without Prejudice its Motion to Compel Production of Technical Documents and Source Code (Dkt. 84) is GRANTED.