# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| L3HARRIS TECHNOLOGIES, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:18-CV-00439-JRG |
| HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI DEVICE (SHENZHEN) CO., LTD., | § § § § § § § | |
| *Defendants*. | § | |

## **ORDER**

Before the Plaintiff L3Harris Technologies, Inc.'s ("Harris") Unopposed Motion to Withdraw [Dkt. No.] 84 Motion to Compel Production of Technical Documents and Source Code Without Prejudice (the "Motion to Withdraw"). (Dkt. No. 97.) In the Motion, Harris represents that the parties have conferred and agreed to a production schedule for the discovery sought in Harris's Motion to Compel Production of Technical Documents and Source Code (Dkt. No. 84) (the "Motion to Compel"). (Dkt. No. 97 at 1.) As a result, Harris is now seeking in the Motion to Withdraw to withdraw the Motion to Compel without prejudice. (*Id*.) The Court commends the parties for their amicable and efficient resolution of this dispute.

Having considered the Motion to Withdraw, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, Harris's Motion to Compel (Dkt. No. 84) is hereby **WITHDRAWN**.

**So Ordered this**

**Sep 26, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE