**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HARRIS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> HUAWEI DEVICE USA, INC., <br> HUAWEI DEVICE CO., LTD., <br> HUAWEI TECHNOLOGIES USA INC., <br> HUAWEI TECHNOLOGIES CO. LTD., and <br> HUAWEI DEVICE (SHENZHEN) CO., LTD., <br><br> Defendants. | Civil Action No. 2:18-cv-439-JRG (Lead Case) |
| HUAWEI DEVICE USA, INC., <br> HUAWEI DEVICE CO., LTD., <br> HUAWEI TECHNOLOGIES USA INC., <br> HUAWEI TECHNOLOGIES CO. LTD., and <br> HUAWEI DEVICE (SHENZHEN) CO., LTD.,, <br><br> Plaintiffs, <br><br> v. <br><br> HARRIS CORPORATION and <br> L3HARRIS TECHNOLOGIES, INC. <br><br> Defendants. | Civil Action No. 2:19-cv-222-JRG (Member Case) |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Lance W. Shapiro of Ropes & Gray LLP enters his appearance on behalf of Huawei Device USA, Inc., Huawei Device Co., Ltd., Huawei Technologies USA Inc., Huawei Technologies Co. Ltd., and Huawei Device (Shenzhen) Co., Ltd.

Lance W. Shapiro may receive all communications from the Court and from other parties at Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036; Telephone: (212) 596-9000; Facsimile: (212) 596-9090; email Lance.Shapiro@ropesgray.com.

Dated:  September 27, 2019               Respectfully submitted,

*/s/ Lance W. Shapiro*
Lance W. Shapiro
(NY Bar No. 5397955)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
Tel: (212) 596-9000
Fax: (212) 596-9090
Lance.Shapiro@ropesgray.com

-3-

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 27, 2019.

                                                 */s/ Lance W. Shapiro*
                                                 Lance W. Shapiro