IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| L3HARRIS TECHNOLOGIES, INC., <br><br> Plaintiff / Counterclaim Defendant <br><br> v. <br><br> HUAWEI DEVICE USA, INC. <br> HUAWEI DEVICE CO., LTD., <br> HUAWEI TECHNOLOGIES USA INC., <br> HUAWEI TECHNOLOGIES CO. LTD., AND <br> HUAWEI DEVICE (SHENZHEN) CO., LTD., <br><br> Defendants / Counterclaimants. | No. 2:18-cv-00439-JRG (Lead Case) <br><br> Jury Trial Demanded |
| HUAWEI DEVICE USA, INC. <br> HUAWEI DEVICE CO., LTD., <br> HUAWEI TECHNOLOGIES USA INC., <br> HUAWEI TECHNOLOGIES CO. LTD., AND <br> HUAWEI DEVICE (SHENZHEN) CO., LTD., <br><br> Plaintiffs / Counterclaim Defendants, <br><br> v. <br><br> HARRIS CORPORATION and L3 TECHNOLOGIES, INC., <br><br> Defendant / Counterclaimant. | No. 2:19-cv-00222-JRG (Member Case) <br><br> Jury Trial Demanded |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

WHEREAS, the parties have reached an agreement that resolves the disputes between them that are currently pending in this Court and desire a brief stay period in order to finalize and file a formal dismissal. The parties have further agreed that 45 days is an appropriate time period in which to accomplish this in the circumstances—including coordination with respect to

dismissal in other proceedings in the District of Delaware (where the parties have also agreed on and requested 45 days) and before the PTAB.

Plaintiffs, Counterclaimants, and Counterclaim Defendants L3Harris Technologies, Inc. (formerly Harris Corporation) and L3 Technologies, Inc., and Defendants, Counterclaimants, and Counterclaim Defendants Huawei Device USA Inc., Huawei Device Co., Ltd., Huawei Technologies USA Inc., Huawei Technologies Co., Ltd., and Huawei Device (Shenzhen) Co., Ltd. hereby jointly and respectfully move the Court to stay all deadlines in the Lead and Member cases (Case Nos. 2:18-cv-00439-JRG and 2:19-cv-00222-JRG) pending dismissals that the parties will file within 45 days.

The above constitutes good cause for the Court to grant the Motion.

WHEREFORE, the parties jointly and respectfully request that the Court grant their Joint Motion to stay all deadlines in the cases.

Dated:  October 3, 2019                                Respectfully Submitted,


By:  /s/ *Denise De Mory*

Henry C. Bunsow
Denise De Mory
Christina Finn
Robin Curtis
Corey Johanningmeier
Nicholas Mancuso
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
cfinn@bdiplaw.com
rcurtis@bdiplaw.com
cjohanningmeier@bdiplaw.com
nmancuso@bdiplaw.com

                                                              S. Calvin Capshaw
                                                             State Bar No. 03783900
                                                             Elizabeth L. DeRieux
                                                             State Bar No. 05770585
                                                             **CAPSHAW DERIEUX, LLP**
                                                             114 E. Commerce Ave.
                                                             Gladewater, TX 75467
                                                             Telephone: 903-845-5770
                                                             Email: ccapshaw@capshawlaw.com
                                                             Email: ederieux@capshawlaw.com

                                                             Attorneys for
                                                             **HARRIS CORPORATION**

Dated: October 3, 2019                               Respectfully Submitted,

                                                             */s/ James R. Batchelder*
                                                             Melissa R. Smith
                                                             **GILLAM & SMITH, LLP**
                                                             TX State Bar No. 24001351
                                                             303 S. Washington Ave.
                                                             Marshall, Texas 75670
                                                             Telephone: (903) 934-8450
                                                             Facsimile: (903) 934-9257
                                                             melissa@gillamsmithlaw.com

                                                             James R. Batchelder
                                                             (CA Bar No. 136347)
                                                             (Eastern District of Texas Member)
                                                             James L. Davis, Jr.
                                                             (CA Bar No. 304830)
                                                             (Eastern District of Texas Member)
                                                             Andrew T. Radsch
                                                             (CA Bar No. 303665)
                                                             (Eastern District of Texas Member)
                                                             Christopher M. Bonny
                                                             (CA Bar No. 280554)
                                                             (Eastern District of Texas Member)
                                                             **ROPES & GRAY LLP**
                                                             1900 University Avenue, 6th Floor
                                                             East Palo Alto, CA 94303-2284
                                                             Telephone: (650) 617-4000

Facsimile: (650) 617-4090
james.batchelder@ropesgray.com
james.l.davis@ropesgray.com
andrew.radsch@ropesgray.com
christopher.bonny@ropesgray.com

Kevin J. Post
(NY Bar. No. 4382214)
(Eastern District of Texas Member)
Alexander E. Middleton
(NY Bar. No. 4797114)
(Eastern District of Texas Member)
Jolene L. Wang
(NY Bar No. 5462619)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
(212) 596-9090
kevin.post@ropesgray.com
alexander.middleton@ropesgray.com
jolene.wang@ropesgray.com

Attorneys for
**HUAWEI DEVICE USA, INC.,
HUAWEI DEVICE CO., LTD.,
HUAWEI TECHNOLOGIES USA INC.,
HUAWEI TECHNOLOGIES CO. LTD., and
HUAWEI DEVICE (SHENZHEN) CO., LTD**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) with a copy of this document via the Court's CM/ECF system.

Dated:  October 3, 2019

By:  /s/ *Denise M. De Mory*
Denise De Mory