IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| L3HARRIS TECHNOLOGIES, INC.,<br><br>　　Plaintiff / Counterclaim Defendant<br><br>　　v.<br><br>HUAWEI DEVICE USA, INC.<br>HUAWEI DEVICE CO., LTD.,<br>HUAWEI TECHNOLOGIES USA INC.,<br>HUAWEI TECHNOLOGIES CO. LTD., AND<br>HUAWEI DEVICE (SHENZHEN) CO., LTD.,<br><br>　　Defendants / Counterclaimants. | No. 2:18-cv-00439-JRG (Lead Case)<br><br>Jury Trial Demanded |
| HUAWEI DEVICE USA, INC.<br>HUAWEI DEVICE CO., LTD.,<br>HUAWEI TECHNOLOGIES USA INC.,<br>HUAWEI TECHNOLOGIES CO. LTD., AND<br>HUAWEI DEVICE (SHENZHEN) CO., LTD.,<br><br>　　Plaintiffs / Counterclaim Defendants,<br><br>　　v.<br><br>HARRIS CORPORATION and L3<br>TECHNOLOGIES, INC.,<br><br>　　Defendant / Counterclaimant. | No. 2:19-cv-00222-JRG (Member Case)<br><br>Jury Trial Demanded |

## **ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES**

Before the Court is a joint motion by the parties to stay all deadlines in the Lead Case and Member Case captioned above.

For good cause shown, the Court hereby GRANTS the joint motion.  It is **ORDERED** that all deadlines in the cases are **STAYED**.  This stay shall not affect any rights of any of the parties.  The parties shall move to dismiss on or before November 15, 2019.