IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| L3HARRIS TECHNOLOGIES, INC.; | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:18-CV-00439-JRG |
| | § | (LEAD CASE) |
| HUAWEI DEVICE USA, INC., HUAWEI | § | |
| DEVICE CO., LTD., HUAWEI | § | CIVIL ACTION NO. 2:18-CV-00222-JRG |
| TECHNOLOGIES CO. LTD., HUAWEI | § | (MEMBER CASE) |
| TECHNOLOGIES USA INC., HUAWEI | § | |
| DEVICE (SHENZHEN) CO., LTD., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff L3Harris Technologies, Inc. and Defendants Huawei Device USA Inc., Huawei Device Co., Ltd., Huawei Technologies USA Inc., Huawei Technologies Co., Ltd., and Huawei Device (Shenzhen) Co., Ltd.'s (together, the "Parties") Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion"). (Dkt. No. 100.) In the Motion, the Parties represent that "the [P]arties have reached an agreement that resolves the disputes between them that are currently pending in this Court." (*Id*. at 1.) The Parties request that the Court "stay all deadlines in the Lead and Member cases (Case Nos. 2:18-cv-00439-JRG and 2:19-cv-00222-JRG) pending dismissals that the [P]arties will file within 45 days" to give the Parties time "to finalize and file a formal dismissal." (*Id*. at 1–2.) Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that all proceedings and deadlines in the above-captioned cases (**Case Nos. 2:18-cv-00439-JRG and 2:19-cv-00222-JRG**) between the Parties be **STAYED** for forty-five (45) days, during which dismissal papers shall be tendered to the Court.

**So ORDERED and SIGNED this 4th day of October, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE