IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| L3HARRIS TECHNOLOGIES, INC.,<br><br>Plaintiff / Counterclaim Defendant<br><br>v.<br><br>HUAWEI DEVICE USA, INC.<br>HUAWEI DEVICE CO., LTD.,<br>HUAWEI TECHNOLOGIES USA INC.,<br>HUAWEI TECHNOLOGIES CO. LTD., AND<br>HUAWEI DEVICE (SHENZHEN) CO., LTD.,<br><br>Defendants / Counterclaimants. | No. 2:18-cv-00439-JRG (Lead Case)<br><br>Jury Trial Demanded |
| HUAWEI DEVICE USA, INC.<br>HUAWEI DEVICE CO., LTD.,<br>HUAWEI TECHNOLOGIES USA INC.,<br>HUAWEI TECHNOLOGIES CO. LTD., AND<br>HUAWEI DEVICE (SHENZHEN) CO., LTD.,<br><br>Plaintiffs / Counterclaim Defendants,<br><br>v.<br><br>HARRIS CORPORATION and L3<br>TECHNOLOGIES, INC.,<br><br>Defendant / Counterclaimant. | No. 2:19-cv-00222-JRG (Member Case)<br><br>Jury Trial Demanded |

**STIPULATION OF DISMISSAL**

Plaintiffs, Counterclaimants, and Counterclaim Defendants L3Harris Technologies, Inc. (formerly Harris Corporation) and L3 Technologies, Inc., and Defendants, Counterclaimants, and Counterclaim Defendants Huawei Device USA Inc., Huawei Device Co., Ltd., Huawei Technologies USA Inc., Huawei Technologies Co., Ltd., and Huawei Device (Shenzhen) Co., Ltd. respectfully submit this stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The parties jointly stipulate that all claims and counterclaims should be dismissed without prejudice and that these actions should be dismissed in their entirety, with each party to bear its own costs, fees, and expenses.

Dated:  November 15, 2019

Respectfully Submitted,

By:  /s/ *Denise De Mory*

Henry C. Bunsow
Denise De Mory
Christina Finn
Robin Curtis
Corey Johanningmeier
Nicholas Mancuso
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
cfinn@bdiplaw.com
rcurtis@bdiplaw.com
cjohanningmeier@bdiplaw.com
nmancuso@bdiplaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75467
Telephone: 903-845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Attorneys for
**HARRIS CORPORATION**

Dated:  November 15, 2019

Respectfully Submitted,

*/s/ James R. Batchelder*
Melissa R. Smith
**GILLAM & SMITH, LLP**
TX State Bar No. 24001351
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

James R. Batchelder (CA Bar No. 136347)
James L. Davis, Jr. (CA Bar No. 304830)
Andrew T. Radsch (CA Bar No. 303665)
Christopher M. Bonny (CA Bar No. 280554)
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
james.batchelder@ropesgray.com
james.l.davis@ropesgray.com
andrew.radsch@ropesgray.com
christopher.bonny@ropesgray.com

Kevin J. Post (NY Bar. No. 4382214)
Alexander E. Middleton (NY Bar. No. 4797114)
Jolene L. Wang (NY Bar No. 5462619)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
(212) 596-9090
kevin.post@ropesgray.com
alexander.middleton@ropesgray.com
jolene.wang@ropesgray.com

Attorneys for
**HUAWEI DEVICE USA, INC.,**
**HUAWEI DEVICE CO., LTD.,**
**HUAWEI TECHNOLOGIES USA INC.,**
**HUAWEI TECHNOLOGIES CO. LTD., and**
**HUAWEI DEVICE (SHENZHEN) CO., LTD**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) with a copy of this document via the Court's CM/ECF system.

Dated:  November 15, 2019

By:  /s/ *Denise De Mory*

Henry C. Bunsow
Denise De Mory
Christina Finn
Robin Curtis
Corey Johanningmeier
Nicholas Mancuso
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
cfinn@bdiplaw.com
rcurtis@bdiplaw.com
cjohanningmeier@bdiplaw.com
nmancuso@bdiplaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75467
Telephone: 903-845-5770
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Attorneys for Plaintiff
**HARRIS CORPORATION**