# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| L3HARRIS TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff / Counterclaim Defendant | ) |
| | ) No. 2:18-cv-00439-JRG (Lead Case) |
| v. | ) |
| | ) |
| HUAWEI DEVICE USA, INC. | ) |
| HUAWEI DEVICE CO., LTD., | ) |
| HUAWEI TECHNOLOGIES USA INC., | ) Jury Trial Demanded |
| HUAWEI TECHNOLOGIES CO. LTD., AND | ) |
| HUAWEI DEVICE (SHENZHEN) CO., LTD., | ) |
| | ) |
| Defendants / Counterclaimants. | ) |
| | ) |
| HUAWEI DEVICE USA, INC. | ) |
| HUAWEI DEVICE CO., LTD., | ) |
| HUAWEI TECHNOLOGIES USA INC., | ) |
| HUAWEI TECHNOLOGIES CO. LTD., AND | ) No. 2:19-cv-00222-JRG (Member Case) |
| HUAWEI DEVICE (SHENZHEN) CO., LTD., | ) |
| | ) |
| Plaintiffs / Counterclaim Defendants, | ) |
| | ) Jury Trial Demanded |
| v. | ) |
| | ) |
| HARRIS CORPORATION and L3 | ) |
| TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant / Counterclaimant. | ) |

## ORDER ON STIPULATION OF DISMISSAL

Pursuant to the Stipulation of Dismissal filed by Plaintiffs, Counterclaimants, and Counterclaim Defendants L3Harris Technologies, Inc. (formerly Harris Corporation) and L3 Technologies, Inc., and by Defendants, Counterclaimants, and Counterclaim Defendants Huawei Device USA Inc., Huawei Device Co., Ltd., Huawei Technologies USA Inc., Huawei Technologies Co., Ltd., and Huawei Device (Shenzhen) Co., Ltd., and for good cause shown, it

is hereby **ORDERED** that all claims and counterclaims by any parties in the above-captioned lawsuits are dismissed without prejudice.

      **IT IS FURTHER ORDERED** that each party shall bear its own costs, fees, and expenses.