IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| L3HARRIS TECHNOLOGIES, INC.; § § *Plaintiff*, § § v. § § HUAWEI DEVICE USA, INC., HUAWEI § DEVICE CO., LTD., HUAWEI § TECHNOLOGIES CO. LTD., HUAWEI § TECHNOLOGIES USA INC., HUAWEI § DEVICE (SHENZHEN) CO., LTD., § § *Defendants*. § | CIVIL ACTION NO. 2:18-CV-00439-JRG (LEAD CASE) CIVIL ACTION NO. 2:19-CV-00222-JRG (MEMBER CASE) |

## ORDER

Before the Court is Plaintiff L3Harris Technologies, Inc. and Defendants Huawei Device USA Inc., Huawei Device Co., Ltd., Huawei Technologies USA Inc., Huawei Technologies Co., Ltd., and Huawei Device (Shenzhen) Co., Ltd.'s (together, the "Parties") Stipulation of Dismissal (the "Stipulation"). (Dkt. No. 102.) In the same, the Parties move to dismiss the above-captioned case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (*Id.* at 1.) Having reviewed the Stipulation, the Court is of the opinion that the Stipulation should be and hereby is **APPROVED**.

It is therefore **ORDERED** that all claims, counterclaims, and causes of action asserted in this lawsuit are hereby **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that each party bear its own costs, attorneys' fees, and expenses. All pending requests for relief are **DENIED AS MOOT**.

The Clerk is directed to **CLOSE** the above-captioned cases.

**So Ordered this**
Nov 19, 2019

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE